

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**

FEB 16 2012

U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

GREGORY MCKNIGHT,

                Defendant.

_____/

CRIMINAL NO. 4:12-cr-20101

HON. MARK A. GOLDSMITH
United States District Judge

HON. MICHAEL HLUCHANIUK
United States Magistrate Judge

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, GREGORY MCKNIGHT, defendant in this case, hereby acknowledge that I have received a copy of the information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Imprisonment for a maximum of twenty years, to be followed by a maximum term of supervised release of 3 years, and/or a fine of not more than $250,000.

_____
GREGORY MCKNIGHT
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
EDWARD WISHNOW
Counsel for Defendant

Dated: 2-16-12