



**FILED**

FEB 16 2012

U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY MCKNIGHT,

        Defendant.

_____/

NO. 4:12-cr-20101

HON. MARK A. GOLDSMITH
United States District Judge

HON. MICHAEL HLUCHANIUK
United States Magistrate Judge

## WAIVER OF INDICTMENT
## AND ARRAIGNMENT ON INFORMATION

GREGORY MCKNIGHT, defendant in the above captioned matter, who is charged with wire fraud, in violation of Title 21, United States Code, Section 1343, being advised of the nature of the charge, the Information filed on February 14, 2012, and advised of my rights, hereby waive in open court on February 16, 2012, prosecution by indictment and hereby consent that the proceeding may be by information rather than by indictment.  I further acknowledge that I have a right to an arraignment in open court on the Information pursuant to Fed.R.Crim.P. 10, and, on advice of counsel, I waive such arraignment.

Dated: 2-16-12

_____
GREGORY MCKNIGHT
Defendant

Dated: 2-16-12

_____
EDWARD WISHNOW
Attorney for Defendant
240 Daines St.
Birmingham, MI 48009

WAIVED BEFORE THE HONORABLE:

_____
MICHAEL HLUCHANIUK
UNITED STATES MAGISTRATE JUDGE

Dated: 16 Feb 2012