**Legisi Holding, LLC;  Lido Consulting, LLC; and Legisi Marketing Inc.**
**Monthly Consolidated Realized Profit & Loss Analysis - All Trading Accounts**
**Monthly Consolidated Profit & Loss Analysis**
**Through Trade Date 04/09/08**

| Account Name | Broker | Account # | Nature | | August 2006 | September 2006 | October 2006 | November 2006 | December 2006 |
|---|---|---|---|---|---|---|---|---|---|
| Legisi Marketing / Gregory McKnight | N/A | Var E-Gold & E-Bullion A/C's | HYIP-Related Transactions - Net Cash Received / (Paid) | ** | $ (93,256.62) | | | | |
| Legisi Holding, LLC | Forward Forex, Inc. | 8141 | | | | | | | |
| | | | Commissions & Fees | | | $ (22,800.00) | | $ (37,500.00) | |
| | | | Gross Realized Trading Profits / (Losses) | | | $ (30,400.00) | | $ (75,800.00) | |
| Lido Consulting, LLC | Forward Forex, Inc. | 8144 | | | | | | | |
| | | | Commissions & Fees | | | $ (7,080.00) | | $ (62,500.00) | |
| | | | Gross Realized Trading Profits / (Losses) | | | $ (9,440.00) | | $ (98,200.00) | |
| Lido Consulting, LLC | IKON Global Markets Inc | 3401 | | | | | | | |
| | | | Commissions & Fees | | | | | $ (513,216.00) | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | | |
| | | | Unidentified Increment | | | | | | |
| Legisi Holdings LLC | IKON Global Markets Inc | 4104 | | | | | | | |
| | | | Commissions & Fees | | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | | |
| | | | Unidentified Increment | | | | | | |
| Lido Consulting, LLC | ComTrust | 2720 | | | | | | | |
| | | | Commissions & Fees | | | | | | $ (378,161.60) |
| | | | Gross Realized Trading Profits / (Losses) | | | | | | |
| Lido Consulting, LLC | ComTrust | 2752 | | | | | | | |
| | | | Commissions & Fees | | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | | |
| Legisi Marketing Inc. | ComTrust | 2915 Thru 04/09/08 | Commissions & Fees | | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | | |
| | | | Unrealized Trading Profits / (Losses) | | | | | | |
| Legisi Marketing Inc. | ComTrust | 2986 Thru 04/09/08 | Commissions & Fees | | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | | |
| | | | Unrealized Trading Profits / (Losses) | | | | | | |
| | | | Unidentified Increment | | | | | | |
| Legisi Marketing Inc. | ComTrust | 3155 Thru 04/09/08 | Commissions & Fees | | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | | |
| | | | Unrealized Trading Profits / (Losses) | | | | | | |
| Legisi Marketing Inc. | Sierra Equity Group Ltd | 0035 | Gross Realized Trading Profits / (Losses) | | | | | | |
| | | | **TOTAL:** | | $ (93,256.62) | $ (69,720.00) | $ - | $ (787,216.00) | $ (378,161.60) |
| | | | **CUMULATIVE DECREMENT:** | | $ (93,256.62) | $ (162,976.62) | $ (162,976.62) | $ (950,192.62) | $ (1,328,354.22) |

**: Realized Losses in HYIP-Related Transactions Occurred During the Period 12/28/05 - 05/09/06

EXHIBIT 2

**Legisi Holding, LLC;  Lido Consulting, LLC; and Legisi Marketing Inc.**
**Monthly Consolidated Realized Profit & Loss Analysis - All Trading Accounts**
**Monthly Consolidated Profit & Loss Analysis**
Through Trade Date 04/09/08

| Account Name | Broker | Account # | Nature | January 2007 | February 2007 | March 2007 | April 2007 | May 2007 | Cumulative Totals Through May 2007 |
|---|---|---|---|---|---|---|---|---|---|
| Legisi Marketing / Gregory McKnight | N/A | Var E-Gold & E-Bullion A/C's | HYIP-Related Transactions - Net Cash Received / (Paid) | | | | | | |
| Legisi Holding, LLC | Forward Forex, Inc. | 8141 | | | | | | | |
| | | | Commissions & Fees | | | | | | $ (60,300.00) |
| | | | Gross Realized Trading Profits / (Losses) | | | | | | $ (106,200.00) |
| Lido Consulting, LLC | Forward Forex, Inc. | 8144 | | | | | | | |
| | | | Commissions & Fees | | | | | | $ (69,580.00) |
| | | | Gross Realized Trading Profits / (Losses) | | | | | | $ (107,640.00) |
| Lido Consulting, LLC | IKON Global Markets Inc | 3401 | | | | | | | |
| | | | Commissions & Fees | $ (167,706.00) | | $ (108,900.00) | | | $ (789,822.00) |
| | | | Gross Realized Trading Profits / (Losses) | | | $ (819,160.00) | | $ 42,000.00 | $ (777,160.00) |
| | | | Unidentified Increment | | | | | | $ - |
| Legisi Holdings LLC | IKON Global Markets Inc | 4104 | | | | | | | |
| | | | Commissions & Fees | $ (323,730.00) | | $ (222,750.00) | | | $ (546,480.00) |
| | | | Gross Realized Trading Profits / (Losses) | | | $ - | | $ (432,700.00) | $ (432,700.00) |
| | | | Unidentified Increment | | | | | | $ - |
| Lido Consulting, LLC | ComTrust | 2720 | | | | | | | |
| | | | Commissions & Fees | $ (125,118.00) | | $ (34,755.00) | | | $ (538,034.60) |
| | | | Gross Realized Trading Profits / (Losses) | | | $ 114,240.00 | | $ (374,000.00) | $ (259,760.00) |
| Lido Consulting, LLC | ComTrust | 2752 | | | | | | | |
| | | | Commissions & Fees | $ (695.10) | $ (8,929.70) | $ (10,950.62) | $ (5,616.43) | $ (340.90) | $ (26,532.75) |
| | | | Gross Realized Trading Profits / (Losses) | | $ 5,675.00 | $ 15,737.50 | $ 21,865.65 | $ (3,346.20) | $ 39,931.95 |
| Legisi Marketing Inc. | ComTrust | 2915 Thru 04/09/08 | | | | | | | |
| | | | Commissions & Fees | | | $ (393,850.46) | $ (145,976.00) | | $ (539,826.46) |
| | | | Gross Realized Trading Profits / (Losses) | | | | | | $ - |
| | | | Unrealized Trading Profits / (Losses) | | | | | | |
| Legisi Marketing Inc. | ComTrust | 2986 Thru 04/09/08 | | | | | | | |
| | | | Commissions & Fees | | | | $ (8,176.75) | $ (14,710.27) | $ (22,887.02) |
| | | | Gross Realized Trading Profits / (Losses) | | | | | $ (4,118.75) | $ (4,118.75) |
| | | | Unrealized Trading Profits / (Losses) | | | | | | |
| | | | Unidentified Increment | | | | | | |
| Legisi Marketing Inc. | ComTrust | 3155 Thru 04/09/08 | | | | | | | |
| | | | Commissions & Fees | | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | | |
| | | | Unrealized Trading Profits / (Losses) | | | | | | |
| Legisi Marketing Inc. | Sierra Equity Group Ltd | 0035 | Gross Realized Trading Profits / (Losses) | | | | | | |
| | | | TOTAL: | $ (617,249.10) | $ (3,254.70) | $(1,460,388.58) | $ (137,903.53) | $ (787,216.12) | $ (4,241,109.63) |

| | | |
|---|---|---|
| CUMULATIVE DECREMENT THROUGH MAY 2007 | | $ (4,241,109.63) |
| COMPONENTS: | | |
| Commissions & Fees: | | $ (2,593,462.83) |
| Gross Realized Trading Losses: | | $ (1,647,646.80) |

| | January 2007 | February 2007 | March 2007 | April 2007 | May 2007 |
|---|---|---|---|---|---|
| CUMULATIVE DECREMENT: | $(1,945,603.32) | $(1,948,858.02) | $(3,409,246.60) | $ (3,547,150.13) | $ (4,334,366.25) |

EXHIBIT 2

**Legisi Holding, LLC;  Lido Consulting, LLC; and Legisi Marketing Inc.**
**Monthly Consolidated Realized Profit & Loss Analysis - All Trading Accounts**
**Monthly Consolidated Profit & Loss Analysis**
**Through Trade Date 04/09/08**

| Account Name | Broker | Account # | Nature | June 2007 | July 2007 | August 2007 | Cumulative Totals Through August 2007 | |
|---|---|---|---|---|---|---|---|---|
| Legisi Marketing / Gregory McKnight | N/A | Var E-Gold & E-Bullion A/C's | HYIP-Related Transactions - Net Cash Received / (Paid) | | | | | |
| Legisi Holding, LLC | Forward Forex, Inc. | 8141 | | | | | | |
| | | | Commissions & Fees | | | | $ (60,300.00) | |
| | | | Gross Realized Trading Profits / (Losses) | | | | $ (106,200.00) | |
| Lido Consulting, LLC | Forward Forex, Inc. | 8144 | | | | | | |
| | | | Commissions & Fees | | | | $ (69,580.00) | |
| | | | Gross Realized Trading Profits / (Losses) | | | | $ (107,640.00) | |
| Lido Consulting, LLC | IKON Global Markets Inc | 3401 | | | | | | |
| | | | Commissions & Fees | | | | $ (789,822.00) | |
| | | | Gross Realized Trading Profits / (Losses) | | | | $ (777,160.00) | |
| | | | Unidentified Increment | $ 17,571.54 | | | $ 17,571.54 | |
| Legisi Holdings LLC | IKON Global Markets Inc | 4104 | | | | | | |
| | | | Commissions & Fees | | | | $ (546,480.00) | |
| | | | Gross Realized Trading Profits / (Losses) | | | | $ (432,700.00) | |
| | | | Unidentified Increment | $ 8,674.74 | | | $ 8,674.74 | |
| Lido Consulting, LLC | ComTrust | 2720 | | | | | | |
| | | | Commissions & Fees | $ (16.00) | | | $ (538,050.60) | |
| | | | Gross Realized Trading Profits / (Losses) | $ 168,437.50 | | | $ (91,322.50) | |
| | | | | | | | $ - | |
| Lido Consulting, LLC | ComTrust | 2752 | | | | | | |
| | | | Commissions & Fees | $ (1,184.80) | | | $ (27,717.55) | |
| | | | Gross Realized Trading Profits / (Losses) | $ 3,962.50 | | | $ 43,894.45 | |
| Legisi Marketing Inc. | ComTrust | 2915 | | | | | | |
| | | Thru 04/09/08 | Commissions & Fees | $ (166,824.00) | $ (116,081.70) | $ (69,510.00) | $ (892,242.16) | |
| | | | Gross Realized Trading Profits / (Losses) | $ (213,500.00) | $ - | $ (226,988.75) | $ (440,488.75) | |
| | | | Unrealized Trading Profits / (Losses) | | | | | |
| Legisi Marketing Inc. | ComTrust | 2986 | | | | | | |
| | | Thru 04/09/08 | Commissions & Fees | $ (17,537.41) | $ (21,274.32) | $ (18,374.16) | $ (80,072.91) | |
| | | | Gross Realized Trading Profits / (Losses) | $ 11,882.50 | $ 60,044.41 | $ 34,205.00 | $ 102,013.16 | |
| | | | Unrealized Trading Profits / (Losses) | | | | | |
| | | | Unidentified Increment | | | | | |
| Legisi Marketing Inc. | ComTrust | 3155 | | | | | | |
| | | Thru 04/09/08 | Commissions & Fees | | | $ (60,225.35) | $ (60,225.35) | |
| | | | Gross Realized Trading Profits / (Losses) | | | $ (56,315.00) | $ (56,315.00) | |
| | | | Unrealized Trading Profits / (Losses) | | | | | |
| Legisi Marketing Inc. | Sierra Equity Group Ltd | 0035 | Gross Realized Trading Profits / (Losses) | | | $ 68,135.57 | | |
| | | | **TOTAL:** | $ (188,533.43) | $ (77,311.61) | $ (329,072.69) | $ (4,904,162.93) | $ - |
| | | | CUMULATIVE DECREMENT THROUGH AUGUST 2007 | | | | $ (4,904,162.93) | |
| | | | | | | | COMPONENTS: | |
| | | | | | | | Commissions & Fees: | $ (3,064,490.57) |
| | | | | | | | Gross Realized Trading Losses: | $ (1,839,672.36) |
| | | | **CUMULATIVE DECREMENT:** | $ (4,522,899.68) | $ (4,600,211.29) | $ (4,929,283.98) | | |

EXHIBIT 2

Legisi Holding, LLC;  Lido Consulting, LLC; and Legisi Marketing Inc.
Monthly Consolidated Realized Profit & Loss Analysis - All Trading Accounts
Monthly Consolidated Profit & Loss Analysis
Through Trade Date 04/09/08

| Account Name | Broker | Account # | Nature | September 2007 | October 2007 | November 2007 | December 2007 | January 2008 |
|---|---|---|---|---|---|---|---|---|
| Legisi Marketing / Gregory McKnight | N/A | Var E-Gold & E-Bullion A/C's | HYIP-Related Transactions - Net Cash Received / (Paid) | | | | | |
| Legisi Holding, LLC | Forward Forex, Inc. | 8141 | | | | | | |
| | | | Commissions & Fees | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | |
| Lido Consulting, LLC | Forward Forex, Inc. | 8144 | | | | | | |
| | | | Commissions & Fees | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | |
| Lido Consulting, LLC | IKON Global Markets Inc | 3401 | | | | | | |
| | | | Commissions & Fees | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | |
| | | | Unidentified Increment | | | | | |
| Legisi Holdings LLC | IKON Global Markets Inc | 4104 | | | | | | |
| | | | Commissions & Fees | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | |
| | | | Unidentified Increment | | | | | |
| Lido Consulting, LLC | ComTrust | 2720 | | | | | | |
| | | | Commissions & Fees | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | $   64,500.00 | | | | |
| Lido Consulting, LLC | ComTrust | 2752 | | | | | | |
| | | | Commissions & Fees | | | | | |
| | | | Gross Realized Trading Profits / (Losses) | | | | | |
| Legisi Marketing Inc. | ComTrust | 2915 | | | | | | |
| | | Thru 04/09/08 | Commissions & Fees | $   (41,739.66) | $   (90,393.50) | $   (37,926.20) | $   (29,859.00) | |
| | | | Gross Realized Trading Profits / (Losses) | $   287,440.50 | $   577,412.75 | $   (145,831.25) | $   (5,357.00) | $   678,626.25 |
| | | | Unrealized Trading Profits / (Losses) | | | | | |
| Legisi Marketing Inc. | ComTrust | 2986 | | | | | | |
| | | Thru 04/09/08 | Commissions & Fees | $   (12,831.88) | $   (16,397.68) | $   (16,706.62) | $   (6,132.57) | $   (1,685.97) |
| | | | Gross Realized Trading Profits / (Losses) | $   (9,918.69) | $   63,938.20 | $   (129,881.20) | $   (30,242.49) | $   60,051.55 |
| | | | Unrealized Trading Profits / (Losses) | | | | | |
| | | | Unidentified Increment | | | | | |
| Legisi Marketing Inc. | ComTrust | 3155 | | | | | | |
| | | Thru 04/09/08 | Commissions & Fees | $   (26,604.59) | $   (20,269.05) | $   (9,948.35) | $   (3,319.67) | |
| | | | Gross Realized Trading Profits / (Losses) | $   24,201.25 | $   (6,556.25) | $   (222,390.00) | $   31,190.46 | $   (55,929.19) |
| | | | Unrealized Trading Profits / (Losses) | | | | | |
| Legisi Marketing Inc. | Sierra Equity Group Ltd | 0035 | Gross Realized Trading Profits / (Losses) | $   9,993.43 | | | | |
| | | | TOTAL:  $   295,040.36 | $   507,734.47 | $   (562,683.62) | $   (43,720.27) | $   681,062.64 | |
| | | | CUMULATIVE DECREMENT:  $ (4,634,243.62) | $ (4,126,509.15) | $ (4,689,192.77) | $ (4,732,913.04) | $ (4,051,850.40) | |

EXHIBIT 2

Legisi Holding, LLC;  Lido Consulting, LLC; and Legisi Marketing Inc.
Monthly Consolidated Realized Profit & Loss Analysis - All Trading Accounts
Monthly Consolidated Profit & Loss Analysis
Through Trade Date 04/09/08

| Account Name | Broker | Account # | Nature | February 2008 | March 2008 | April 2008 | Cumulative Unadjusted Totals | Commissions vs Trading Reclass | Cumulative Adjusted Totals |
|---|---|---|---|---|---|---|---|---|---|
| Legisi Marketing / Gregory McKnight | N/A | Var E-Gold & E-Bullion A/C's | HYIP-Related Transactions - Net Cash Received / (Paid) | | | | $ (93,256.62) | | $ (93,256.62) |
| Legisi Holding, LLC | Forward Forex, Inc. | 8141 | | | | | | | |
| | | | Commissions & Fees | | | | $ (60,300.00) | | $ (60,300.00) |
| | | | Gross Realized Trading Profits / (Losses) | | | | $ (106,200.00) | | $ (106,200.00) |
| Lido Consulting, LLC | Forward Forex, Inc. | 8144 | | | | | | | |
| | | | Commissions & Fees | | | | $ (69,580.00) | | $ (69,580.00) |
| | | | Gross Realized Trading Profits / (Losses) | | | | $ (107,640.00) | | $ (107,640.00) |
| Lido Consulting, LLC | IKON Global Markets Inc | 3401 | | | | | | | |
| | | | Commissions & Fees | | | | $ (789,822.00) | | $ (789,822.00) |
| | | | Gross Realized Trading Profits / (Losses) | | | | $ (777,160.00) | | $ (777,160.00) |
| | | | Unidentified Increment | | | | $ 17,571.54 | | $ 17,571.54 |
| Legisi Holdings LLC | IKON Global Markets Inc | 4104 | | | | | | | |
| | | | Commissions & Fees | | | | $ (546,480.00) | | $ (546,480.00) |
| | | | Gross Realized Trading Profits / (Losses) | | | | $ (432,700.00) | | $ (432,700.00) |
| | | | Unidentified Increment | | | | $ 8,674.74 | | $ 8,674.74 |
| Lido Consulting, LLC | ComTrust | 2720 | | | | | | | |
| | | | Commissions & Fees | | | | $ (538,050.60) | | $ (538,050.60) |
| | | | Gross Realized Trading Profits / (Losses) | | | | $ (26,822.50) | | $ (26,822.50) |
| Lido Consulting, LLC | ComTrust | 2752 | | | | | | | |
| | | | Commissions & Fees | | | | $ (27,717.55) | | $ (27,717.55) |
| | | | Gross Realized Trading Profits / (Losses) | | | | $ 43,894.45 | | $ 43,894.45 |
| Legisi Marketing Inc. | ComTrust | 2915 Thru 04/09/08 | Commissions & Fees | $ (48,264.20) | $ (37,318.90) | $ (9,951.75) | $ (1,187,695.37) | $ (30,855.60) | $ (1,218,550.97) |
| | | | Gross Realized Trading Profits / (Losses) | $ (1,032.60) | $ 232,677.60 | $ 113,502.25 | $ 1,296,949.75 | $ 30,855.60 | $ 1,327,805.35 |
| | | | Unrealized Trading Profits / (Losses) | | | $ 91,824.90 | $ 91,824.90 | | $ 91,824.90 |
| Legisi Marketing Inc. | ComTrust | 2986 Thru 04/09/08 | Commissions & Fees | $ (10,828.01) | $ (14,631.77) | $ (6,935.01) | $ (166,222.42) | $ (7,636.00) | $ (173,858.42) |
| | | | Gross Realized Trading Profits / (Losses) | $ 41,162.40 | $ (37,184.10) | $ (31,187.50) | $ 28,751.33 | $ 7,636.00 | $ 36,387.33 |
| | | | Unrealized Trading Profits / (Losses) | | | $ (13,871.95) | $ (13,871.95) | | $ (13,871.95) |
| | | | Unidentified Increment | | | $ 853.18 | $ 853.18 | | $ 853.18 |
| Legisi Marketing Inc. | ComTrust | 3155 Thru 04/09/08 | Commissions & Fees | $ (12,317.30) | $ (2,388.72) | $ (366.60) | $ (135,439.63) | $ (27,450.34) | $ (162,889.97) |
| | | | Gross Realized Trading Profits / (Losses) | $ 28,423.89 | $ (79,339.18) | $ (3,411.60) | $ (340,125.62) | $ 27,450.34 | $ (312,675.28) |
| | | | Unrealized Trading Profits / (Losses) | | | $ (12,545.00) | $ (12,545.00) | | $ (12,545.00) |
| Legisi Marketing Inc. | Sierra Equity Group Ltd | 0035 | Gross Realized Trading Profits / (Losses) | | | | $ 78,129.00 | | $ 78,129.00 |
| | | | TOTAL: | $ (2,855.82) | $ 61,814.93 | $ 127,910.92 | $ (3,864,980.37) | $ - | $ (3,864,980.37) |

| | | |
|---|---|---|
| CUMULATIVE TOTAL DECREMENT | $ (3,864,980.37) | |
| COMPONENTS: | | |
| Commissions & Fees: | | $ (3,587,249.51) |
| Gross Realized and Unrealized Trading Losses: | | $ (277,730.86) |
| Realized: | $ (343,138.81) | |
| Unrealized: | $ 65,407.95 | |

CUMULATIVE DECREMENT:  $ (4,054,706.22)   $ (3,992,891.29)   $ (3,864,980.37)

EXHIBIT 2