**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 06, 2013

Mr. A. Tare Wigod
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Edward C. Wishnow
Law Office
240 Daines
Birmingham, MI 48009

       Re: Case No. 13-2075, *USA v. Gregory McKnight*
          Originating Case No. : 4:12-cr-20101-1

Dear Counsel:

   The Court issued the enclosed Order today in this case.

              Sincerely yours,

              s/Patricia J. Elder
              Senior Case Manager
              Direct Dial No. 513-564-7034

cc: Mr. David J. Weaver

Enclosure

Case No. 13-2075

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

GREGORY MCKNIGHT

      Defendant - Appellant

    The record in this matter shows that appointed counsel, Edward C. Wishnow, has failed to file the case opening forms by the required deadline.

    It is, therefore, **ORDERED** that counsel file the forms **within seven days** from the date of this order or this appointment will be revoked and new counsel appointed.  This matter may also be referred to the court for possible disciplinary proceedings pursuant to Sixth Circuit Rule 46(c).

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  September 06, 2013