## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 15, 2013

Mr. A. Tare Wigod
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Edward C. Wishnow
Law Office
240 Daines
Birmingham, MI 48009

Re:  Case No. 13-2075, *USA v. Gregory McKnight*
Originating Case No. : 4:12-cr-20101-1

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012

cc:  Mr. David J. Weaver

Enclosure

Case No. 13-2075

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER


UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

GREGORY MCKNIGHT

        Defendant - Appellant


    Upon consideration of the motion of Edward C. Wishnow to withdraw as counsel for the appellant,

    It is **ORDERED** that the motion be and it hereby is **GRANTED**. This court will appoint new counsel to represent the appellant under the Criminal Justice Act.

                  **ENTERED PURSUANT TO RULE 45(a),**
                  **RULES OF THE SIXTH CIRCUIT**
                  Deborah S. Hunt, Clerk

Issued:  October 15, 2013