**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 10, 2014

Mr. David J. Weaver
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

Re: Case No. 13-2075, *USA v. Gregory McKnight*
Originating Case No. : 4:12-cr-20101-1

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012

cc: Mr. Gary W. Lanker
Gregory McKnight
Mr. A. Tare Wigod

Enclosure

Case: 13-2075 Document: 32 Filed: 07/10/2014 Page: 2

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 13-2075

_____

Filed: July 10, 2014

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

GREGORY MCKNIGHT

     Defendant - Appellant

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 06/18/2014 the mandate for this case hereby

issues today.

COSTS:  None