# TO THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

**USA,**
      **Plaintiff**
**vs.**

**Gregory McKnight,**
      **Defendant**

**Case No. 4:12-cr-20101-MAG-MJH-1**

**FILED**

SEP 1 2 2014

CLERK'S OFFICE-DETROIT
U.S. DISTRICT COURT

## MOTION TO REQUEST TRANSCRIPTS

This Pro Se motion to request transcripts from an initial appearance hearing is filed at the behest of Magistrate Judge Morris's Case Manager, Jean L. Broucek (see attachment). Although the initial appearance hearing was before Magistrate Judge Charles E. Binder at the Bay City courthouse in May of 2008, I have been directed to file this motion pursuant to the above—yet separate—referenced criminal case.

## CHRONOLOGY OF EVENTS

I was initially arrested on May 19, 2008, in response to a complaint supported only by an affidavit. The case was assigned to Magistrate Judge Michael J. Hluchaniuk in Flint. Instead, I appeared that same day in front of Judge Binder in Bay City.

I was immediately released on an unsecured bond. A preliminary examination was scheduled for June 3, 2008. On that day, the government filed a motion to dismiss the complaint. The next day, Judge Hluchaniuk signed an order granting the motion and the case was dismissed.

Nearly four years later, the government issued a new complaint supported by an Information. On the advice of my court-appointed attorney, and after more than three years of cooperating with the government, I pled guilty to the new charge labeled by this court as case number **4:12-cr-20101-MAG-MJH-1.**

After sentencing, I filed a direct appeal. That appeal was denied on July 18, 2014. I am now in the process of weighing my options for any meritorious issues that I may raise by way of **28 U.S.C.S. §2255.**

## ARGUMENT

My initial appeal was largely unsuccessful because my appellate attorney filed an Ander's brief refusing to present any of the issues I had asked him to raise. The Court of Appeals gave me only 15 days to respond to the Ander's filing, as well as to develop cogent legal arguments for the issues at hand. Having no training, education, or experience in criminal law, I did my best to articulate a response.

The law grants me one year to prepare a §2255 filing. Apparently, Congress and the courts believe that twelve months is adequate time for unschooled inmates, such as myself, to become sufficiently familiar with the labyrinthine rules governing post conviction relief by way of self study in an onerous prison setting. I was under the impression that court documents, including official hearing transcripts, were available to defendants seeking redress in the courts. I fully understand that, unlike a typical document, transcripts require special processing with corresponding cost. Accordingly, my original request merely asked for contact information and cost calculation to order the transcripts I am requesting.

There is a potential connection between the content of these transcripts and a dialogue between the AUSA and District Judge Goldsmith at my Rule 11 hearing of February 16, 2012, that may shed some light on my alleged waiver of indictment by a grand jury. Only by reviewing the entirety of the transcripts from my initial hearing in 2008 may I be able to determine the merit of this potential issue.

## CONCLUSION

For these reasons, I am requesting that this Court issue an order approving production and release of the transcripts in question. I will then forward that order along with the transcript order form provided to Case Manager Broucek and eventually receive the transcripts.

Furthermore, I ask that this order instruct Case Manager Broucek, and any other court employee who may become necessary for the completion of this task, to proceed in an expeditious manner as a means of reducing this unnecessary delay in my §2255 preparation.

Finally, in anticipation of the possibility that another motion needs to be filed for the separate request of transcripts from a hearing specific to my instant offense, I ask the Court to additionally consider these same facts and arguments for the following request.

According to my case docket (**4:12-cr-20101-MAG-MJH-1**), there was an initial appearance of February 16, 2012 "held before Magistrate Judge Michael J. Hluchaniuk" where I apparently pled not guilty and was released on bond. I am requesting access to those transcripts as well.

Respectfully submitted this _10th_ day of September, 2014.

Gregory N. McKnight
Reg. No. 46755-039
FCI Milan
P.O. Box 1000
Milan, MI 48160



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
P.O. BOX 913
BAY CITY, MICHIGAN 48707

CHAMBERS OF
PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE

August 12, 2014

Mr. Gregory McKnight, #46755-039
FCI Milan
P.O. Box 1000
Milan, MI    48160

Dear Mr. McKnight:

We have received your letter dated August 2, 2014, requesting a transcript of your initial appearance on May 19, 2008.

Upon review of the docket, no transcript has been prepared. The Court does not routinely prepare transcripts of hearings, only when a request is made.

If you wish to have a transcript prepared, you will need to file a motion or petition in your case number 12-20101. In your motion, explain why you need the transcript. The district judge assigned to that case will then decide whether to grant or deny your request. If your request is granted, submit a copy of that order together with a transcript order form (one is attached for your convenience), and the transcript will then be prepared.

Sincerely,

Jean Broucek

Jean L. Broucek, Case Manager to
Magistrate Judge Morris

Enclosure:  transcript order form



Greg McKnight
                    NAME
46755-039
                    REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
SEP 1 2 2014
U.S. DISTRICT COURT
FLINT, MICHIGAN

⇔46755-039⇔
Us Dist Court
600 Church ST
Attn: Clerk of the Court
Flint, MI 48502
United States

METROPLEX MI 480
11 SEP 2014 PM 5 L

CLERKS OFFICE-DETROIT
U.S. DISTRICT COURT
SEP 1 2 2014
FILED

48502127999