UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
FLINT DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Respondent,<br><br>v.<br><br>GREGORY MCKNIGHT,<br>    Defendant-Petitioner. | Crim. No. 12-cr-20101<br>Civil No. 15-cv-13232 |

PETITIONER'S OBJECTIONS TO GOVERNMENT'S
OUT-OF-TIME RESPONSE FILING
AND FOR OTHER RELIEF

NOW COMES the Petitioner, Gregory McKnight, pro se, (hereinafter "McKnight"), and for his Petitioner's Objections To Government's Out-Of-Time Response Filing And For Other Relief, and in support thereof, states as follows:

1. On September 1, 2015, McKnight filed his Petition For Post-Conviction Relief Pursuant To 28 U.S.C. § 2255.

2. On October 2, 2015, this Honorable Court directed the Government to respond to McKnight's Petition.

3. On October 6, 2015, the Government moved the Court to waive the attorney-client privilege and for an extension of time in which to file a response.

4. On October 9, 2015, the Court granted the Government's motion for extension of time. The Government's response was due on January 11, 2016.

5. On January 4, 2016, the Government filed for a second extension of time to file a response, which request the Court granted and directed the Government to file a response by February 15, 2016.

6. The Government, on February 16, 2016, filed its third motion for extension of time to file a response, which came one day after the February 15, 2016 due date. Pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Government was in default of its filing obligation to have filed its

1

motion for extension of time on or before February 15, 2016.

7. Based upon the foregoing, McKnight respectfully requests that this Honorable Court strike the Government's out-of-time February 16, 2016 extension request filing and to, in addition, based upon McKnight's unopposed Section 2255 motion, grant McKnight all relief set forth by McKnight in his Section 2255 motion at this time.

WHEREFORE, the Petitioner, Gregory McKnight, prays that this Honorable Court enter an order in accordance with the foregoing requests.

Respectfully submitted,

Gregory McKnight
#46755-039
FCI Milan
PO Box 1000
Milan, MI 48160

---

CERTIFICATE OF SERVICE

I, Gregory McKnight hereby state and affirm under oath and pursuant to penalty of perjury that I deposited a true and correct copy of the preceding Petitioner's Objections To Government's Out-Of-Time Filing And For Other Relief in the FCI Milan Federal Correctional Institution mail system, First-Class postage pre-paid, on this 22nd day of February, 2016, to be delivered to the following:

    A. Tare Wigod
    Assistant U.S. Attorney
    U.S. Attorney's Office
    Eastern District of Michigan
    211 West Fort Street, Suite 2001
    Detroit, MI 48226

Gregory McKnight

2

McKnight
NAME
46755-039
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
FEB 26 2016
U.S. DISTRICT COURT
FLINT, MICHIGAN

⇔46755-039⇔
Us Dist Court
600 Church ST
Attn: Clerk of the Court
Flint, MI 48502
United States

48502127599

NETROPLEX MI 480
24 FEB 2016 PM 15 L

