```
CSTAA  531.01 *              INMATE HISTORY              *      05-29-2020
PAGE 001         *              ADM-REL                  *      14:38:26


  REG NO..: 46755-039 NAME....: MCKNIGHT, GREGORY N
  CATEGORY: ARS        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP  DATE/TIME
CDT    A-HC SENT  HOME CONFINEMENT-SENTENCED      05-29-2020 1110 CURRENT
5-G    RELEASE    RELEASED FROM IN-TRANSIT FACL   05-29-2020 1110 05-29-2020 1110
5-G    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  05-27-2020 2115 05-29-2020 1110
YAN    FURL TRANS FURL W/UNESCORTED TRF TO A CCC  05-27-2020 2015 05-27-2020 2015
YAN    A-DES      DESIGNATED, AT ASSIGNED FACIL   03-12-2020 1630 05-27-2020 2015
YAN    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   03-12-2020 1415 03-12-2020 1630
YAN    A-DES      DESIGNATED, AT ASSIGNED FACIL   12-11-2019 1705 03-12-2020 1415
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL   12-11-2019 1805 12-11-2019 1805
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  12-11-2019 0952 12-11-2019 1805
OKL    HLD REMOVE HOLDOVER REMOVED                12-11-2019 0852 12-11-2019 0852
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF   12-02-2019 1605 12-11-2019 0852
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL   12-02-2019 1705 12-02-2019 1705
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  12-02-2019 1052 12-02-2019 1705
THA    HLD REMOVE HOLDOVER REMOVED                12-02-2019 1052 12-02-2019 1052
THA    A-BOP HLD  HOLDOVER FOR INST TO INST TRF   11-21-2019 1520 12-02-2019 1052
B07    RELEASE    RELEASED FROM IN-TRANSIT FACL   11-21-2019 1520 11-21-2019 1520
B07    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  11-21-2019 0504 11-21-2019 1520
OXF    HLD REMOVE HOLDOVER REMOVED                11-21-2019 0404 11-21-2019 0404
OXF    A-BOP HLD  HOLDOVER FOR INST TO INST TRF   11-20-2019 1158 11-21-2019 0404
B07    RELEASE    RELEASED FROM IN-TRANSIT FACL   11-20-2019 1258 11-20-2019 1258
B07    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL  11-20-2019 0452 11-20-2019 1258
DTH    TRANSFER   TRANSFER                        11-20-2019 0352 11-20-2019 0352
DTH    A-DES      DESIGNATED, AT ASSIGNED FACIL   09-23-2019 1335 11-20-2019 0352
DTH    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   09-23-2019 1214 09-23-2019 1335
DTH    A-DES      DESIGNATED, AT ASSIGNED FACIL   07-18-2019 1351 09-23-2019 1214
DTH    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   07-18-2019 1222 07-18-2019 1351
DTH    A-DES      DESIGNATED, AT ASSIGNED FACIL   04-17-2019 1147 07-18-2019 1222
DTH    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   04-17-2019 1055 04-17-2019 1147
DTH    A-DES      DESIGNATED, AT ASSIGNED FACIL   02-21-2019 0900 04-17-2019 1055
DTH    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   02-21-2019 0730 02-21-2019 0900
DTH    A-DES      DESIGNATED, AT ASSIGNED FACIL   02-05-2019 1005 02-21-2019 0730
DTH    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   02-05-2019 0815 02-05-2019 1005
DTH    A-DES      DESIGNATED, AT ASSIGNED FACIL   01-25-2019 1411 02-05-2019 0815
DTH    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   01-25-2019 1120 01-25-2019 1411
DTH    A-DES      DESIGNATED, AT ASSIGNED FACIL   11-19-2018 1058 01-25-2019 1120
DTH    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   11-19-2018 0935 11-19-2018 1058
DTH    A-DES      DESIGNATED, AT ASSIGNED FACIL   10-23-2018 1132 11-19-2018 0935
DTH    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   10-23-2018 0956 10-23-2018 1132
DTH    A-DES      DESIGNATED, AT ASSIGNED FACIL   10-16-2018 0849 10-23-2018 0956
DTH    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN   10-16-2018 0706 10-16-2018 0849
DTH    A-DES      DESIGNATED, AT ASSIGNED FACIL   09-25-2018 0811 10-16-2018 0706




G0002        MORE PAGES TO FOLLOW . . .
```

```
CSTAA  531.01 *              INMATE HISTORY            *      05-29-2020
PAGE 002 OF 002 *              ADM-REL                 *        14:38:26


  REG NO..: 46755-039 NAME....: MCKNIGHT, GREGORY N
  CATEGORY: ARS        FUNCTION: PRT         FORMAT:


FCL     ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
DTH     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-25-2018 0710 09-25-2018 0811
DTH     A-DES      DESIGNATED, AT ASSIGNED FACIL 03-27-2018 1100 09-25-2018 0710
3-Q     RELEASE    RELEASED FROM IN-TRANSIT FACL 03-27-2018 1200 03-27-2018 1200
3-Q     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-26-2018 1156 03-27-2018 1200
MIL     FURL TR NC FURL W/UNESCORT TRF NOT TO CCC 03-26-2018 1156 03-26-2018 1156
MIL     A-DES      DESIGNATED, AT ASSIGNED FACIL 10-31-2017 1333 03-26-2018 1156
MIL     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 10-31-2017 0751 10-31-2017 1333
MIL     A-DES      DESIGNATED, AT ASSIGNED FACIL 09-13-2017 1308 10-31-2017 0751
MIL     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-13-2017 1056 09-13-2017 1308
MIL     A-DES      DESIGNATED, AT ASSIGNED FACIL 05-18-2016 1026 09-13-2017 1056
MIL     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-18-2016 0727 05-18-2016 1026
MIL     A-DES      DESIGNATED, AT ASSIGNED FACIL 04-07-2016 1428 05-18-2016 0727
MIL     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 04-07-2016 1226 04-07-2016 1428
MIL     A-DES      DESIGNATED, AT ASSIGNED FACIL 09-18-2015 0645 04-07-2016 1226
MIL     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 09-17-2015 1921 09-18-2015 0645
MIL     A-DES      DESIGNATED, AT ASSIGNED FACIL 05-13-2015 1453 09-17-2015 1921
MIL     ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 05-13-2015 1227 05-13-2015 1453
MIL     A-DES      DESIGNATED, AT ASSIGNED FACIL 01-18-2015 1128 05-13-2015 1227
MIL     LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 01-14-2015 1745 01-18-2015 1128
MIL     A-DES      DESIGNATED, AT ASSIGNED FACIL 11-13-2013 0829 01-14-2015 1745
MIL     ADM CHANGE RELEASE FOR ADMISSION CHANGE  11-13-2013 0828 11-13-2013 0829
MIL     A-HLD      HOLDOVER, TEMPORARILY HOUSED  08-13-2013 1030 11-13-2013 0828
9-L     RELEASE    RELEASED FROM IN-TRANSIT FACL 08-13-2013 1030 08-13-2013 1030
9-L     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-13-2013 0902 08-13-2013 1030
DSC     ADMIN REL  ADMINISTRATIVE RELEASE        08-13-2013 0802 08-13-2013 0802
DSC     A-ADMIN    ADMINISTRATIVE ADMISSION      08-13-2013 0801 08-13-2013 0802
9-L     RELEASE    RELEASED FROM IN-TRANSIT FACL 08-13-2013 0901 08-13-2013 0901
9-L     A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-12-2013 1616 08-13-2013 0901
DSC     ADMIN REL  ADMINISTRATIVE RELEASE        08-12-2013 1516 08-12-2013 1516
DSC     A-ADMIN    ADMINISTRATIVE ADMISSION      08-12-2013 1501 08-12-2013 1516




  G0000       TRANSACTION SUCCESSFULLY COMPLETED
```