UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                             Case No. 12-20101

vs.                                 HON. MARK A. GOLDSMITH

GREGORY MCKNIGHT,

        Defendant.

_____/

**ORDER**
**DENYING GREGORY MCKNIGHT'S MOTION FOR COMPASSIONATE**
**RELEASE (Dkt. 45) AS MOOT**

This matter is before the Court on Defendant Gregory McKnight's motion for compassionate release (Dkt. 45) due to the impact of the Coronavirus pandemic. The Government has informed the Court that the Bureau of Prisons, on its own initiative, has granted McKnight home confinement. The Government filed a notice (Dkt. 47), confirming that McKnight has been released. Therefore, McKnight's motion for compassionate release (Dkt. 45) is denied as moot.

      SO ORDERED.

Dated:  June 22, 2020                    s/Mark A. Goldsmith
    Detroit, Michigan              MARK A. GOLDSMITH
                                 United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 22, 2020.

                                 s/Karri Sandusky
                                 Case Manager