UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      CR. NO.  12-20101

v.

                                       JUDGE:  MARK A. GOLDSMITH

GREGORY MCKNIGHT,

        Defendant.
_____/

## APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for Defendant. I certify that I am admitted to practice in the Court.

                                                    Respectfully Submitted,

                                                    **FEDERAL DEFENDER OFFICE**

                                                    s/ Benton Martin
                                                    Attorney for Defendant
                                                    613 Abbott Street, Suite 500
                                                    Detroit, Michigan  48226
                                                    313-967-5832
                                                    E-mail: benton_martin@fd.org

Date: October 13, 2023