# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**I HEREBY COMMUTE** the total sentence of confinement that each of the following named persons is now serving, to expire on **December 22, 2024**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all of its conditions and all other components of each respective sentence. Nothing in this grant of clemency should be presumed to interfere with, or supersede, the Bureau of Prisons' authority to oversee each person's confinement, pursuant to the terms set forth in this grant of clemency. Each person shall remain subject to all ordinary disciplinary rules. The following persons are recipients of this grant of clemency:

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| ANTWON ABBOTT | 16383-028 | RAY AGUILLARD | 05451-095 |
| RLS AR ABDUL AZIZ | 02438-095 | ALBERTO AGUIRRE | 68408-079 |
| EDWARD ABELL III | 00566-138 | CHELSEY AGUIRRI | 57387-177 |
| ANTHONY ABREU-MATOS | 44903-069 | TOYOSI ALATISHE | 63492-037 |
| FAYEZ ABU-AISH | 67402-018 | DENNIS ALBA | 89560-012 |
| JOSE ABUNDIZ | 11828-085 | BRIAN ALCORTA | 44752-380 |
| JORGE ACEVEDO | 04413-028 | MAHMOUD ALDISSI | 60832-018 |
| MARK ACKERMAN | 30428-047 | ROBERT ALDRIDGE | 00195-120 |
| SETH ACOSTA | 47417-177 | ANTHONY ALFARO | 22710-026 |
| FELIX ACOSTA | 78804-198 | MUHAMMAD ALI | 42233-379 |
| KARA ADAMS | 61718-019 | NAGY ALI | 13500-479 |
| JOHN ADAMS | 17769-029 | ASIF ALI | 57844-177 |
| LONZINE ADAMS | 39134-018 | MICHAEL ALLEN | 14822-042 |
| DARRYL ADAMS | 32351-009 | DEVORD ALLEN | 05097-041 |
| HERMAN ADAMS | 03791-480 | KRISTIE ALLEN | 18933-023 |
| ADEMOLA ADEBAYO | 17711-104 | BENJAMIN ALLMON | 17008-029 |
| AYODELE ADENIRAN | 78249-054 | KAHEIM ALLUMS | 78040-054 |
| PAMELA ADENUGA | 45171-177 | GUMARO ALMANZA | 57815-380 |
| SHELINDER AGGARWAL | 34768-001 | JORGE ALOMAR-BAELLO | 74170-053 |
| MANUEL AGUILAR | 26463-009 | WILLIAM ALONZO | 51061-039 |
| RAMON AGUILAR III | 50500-177 | JAMES ALTOM | 27680-045 |
| VINCENTER JIMENES | 19899-026 | JUAN ALVAREZ | 18027-097 |
| | | CARLOS AMADOR | 64899-279 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| FRANK AMODEO | 48883-019 | RYAN BAIRD | 15870-028 |
| ROBERT ANDERSON | 14686-076 | ULYSEE BAKER JR | 56979-083 |
| ROBERT ANDERSON | 09350-021 | BRIAN BALLANGEE | 11907-033 |
| THOMAS ANDERSON JR | 41952-044 | JOHN BANKS | 15023-075 |
| MELVIN ANDERSON | 32689-074 | KIMBERLY BANKS | 96188-020 |
| JULIE ANDRADE | 75726-112 | JEFFREY BANKS | 78927-083 |
| MARK ANDREOTTI | 67620-050 | FRAENCHOT BANKS | 15638-041 |
| WILFREDO ANDUJAR | 23432-058 | ANDRE BARBARY | 97866-004 |
| ANTONIO ESCOBAR | 29230-479 | EVIZAEL BARBOSA-DELGADO | 76036-066 |
| CHRISTOPHER ANZALONE | 06975-104 | RUBEN BARCELO-SEVERINO | 63353-018 |
| JOSE APONTE | 71104-050 | COY BARKER | 22321-078 |
| CLYDE APPERSON | 14058-031 | HAROLD BARNETT | 15762-033 |
| ROY APPLEWHITE | 13755-040 | YESENIA BARRAGAN | 80567-298 |
| DWAYNE APPLING | 12383-273 | JOSE BARRERA | 28336-078 |
| ALVARO ARGUELLES | 36944-479 | JOSE BARRERAS | 15114-028 |
| MINEL ARIAS | 85794-054 | ONEIL BARRETT | 57578-298 |
| GABRIEL ARIAS MADURO | 16089-104 | PHILIP BARRY | 77573-053 |
| RICHARD ARLEDGE | 16769-078 | DION BARTLETT | 51593-083 |
| GENNY ARMENTA | 54202-177 | KURT BARTON | 71720-280 |
| TRACY ARNOLD | 52198-074 | RAMIRO BASALDUA | 64458-079 |
| ERIC ARNOLD | 45771-074 | HARVEY BASS | 55769-018 |
| BERNARD ARRE | 04052-029 | SHALLIN BAST | 22296-040 |
| BENJAMIN ARZOLA | 27539-050 | PATRICK BATES | 33795-058 |
| JAMES ASKEW III | 27100-001 | DERRICK BEALS | 04143-043 |
| NICHOLAS AUDETTE | 72060-018 | CARLOS BECERRA | 16447-179 |
| CARLOS AVANT | 22833-076 | LYDIA BECK | 71137-019 |
| ANGELA AVETISYAN | 68350-112 | DONALD BECK | 29104-057 |
| ERICA AYALA | 49030-177 | EDDIE BECKHAM | 34320-058 |
| ISMAEL AYALA | 42295-018 | TODD BEHRENDS | 22602-047 |
| FRANK BADILLA JR | 43595-480 | ANTHONY BELL | 26231-013 |
| ALCIDES BAEZ | 37504-004 | JEAN BENITEZ-REYES | 52753-069 |
| JACKIE BAGLEY | 63477-037 | AUNDEL BENOIT | 36312-004 |
| SANDRA BAILEY | 27281-076 | SHANNON BENTLEY | 71366-018 |
| JAMES BAILEY | 05406-010 | LARRY BENTLEY JR | 24069-044 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| LEON BENZER | 47521-048 | PAUL BOWMAN | 53747-074 |
| MARC BERCOON | 66081-019 | MICHAEL BOWMAN | 19060-084 |
| ROGER BERGMAN | 04825-104 | VERNON BOWSER | 14524-074 |
| CARLOS BASTARD | 72419-054 | CHRISTOPHER BOX | 22026-084 |
| AUSTIN BERTCH | 14003-029 | QUINBY BOYD | 30446-058 |
| CORDARRYL BETTON | 21389-043 | WILLIAM BOYLAND JR | 79751-053 |
| ANTONIO BEVERLY | 02712-104 | KENNETH BRADLEY | 09488-021 |
| TRACY BIAS | 70248-061 | MACK BRADLEY | 08073-043 |
| DAVID BILES | 40371-074 | WILLIAM BRADLEY | 87078-054 |
| MICHAEL BINDAY | 66389-054 | BENJAMIN BRADLEY | 50878-039 |
| MICKEY BIRGE | 10240-028 | JUSTIN BRANON | 89595-408 |
| DOYLE BIVENS | 40031-074 | DONALD BRELJE | 09657-041 |
| KIMBERLY BLACK-MCCORMICK | 26518-045 | MATTHEW BREMOND | 20559-006 |
| KEVIN BLALOCK | 42597-074 | STEVEN BREWER | 24281-077 |
| JAMES BLANTON | 50960-509 | TREAVOR BRIGGS | 32708-009 |
| ANIS BLEMUR | 19380-104 | SHAMICHAEL BRIGHT | 14688-035 |
| KEVIN BLEVINS | 32128-177 | MITCHELL BROOKS | 24135-016 |
| ERIC BLOOM | 44727-424 | ANDREA BROOKS | 28601-380 |
| JOHN BLOUNT | 17880-035 | TERRICIOUS BROOKS | 54557-056 |
| KENDALL BLUE | 55802-056 | SHELLE BROOKS | 04027-029 |
| VILAWOE BOADU | 76454-408 | DONALD BROOMFIELD | 61304-018 |
| ANDREW BOGDANOFF | 68251-066 | BOBBIE BROWN | 40453-424 |
| ANASTASSIA BOGOMOLOVA | 60833-018 | ATARI BROWN | 54681-039 |
| | | JERMAINE BROWN | 62269-019 |
| LASHAUN BOLTON | 30504-057 | KEVIN BROWN | 32427-016 |
| AMANDA BONEL | 22810-078 | JB BROWN JR | 19409-026 |
| RICARDO BONILLA-ROJAS | 40498-069 | EDDIE BROWN | 06900-063 |
| CHRISTOPHER BOOTH | 07502-043 | DARRYL BROWN | 46329-074 |
| LISA BOOTON | 30658-047 | ISAAC BROWN | 33651-058 |
| RANDALL BOSTIC | 42523-074 | TRAMAINE BROWN | 91240-053 |
| SYLVESTER BOSTON JR | 50221-039 | JAMES BROWN | 31677-171 |
| ROBERT BOSTON | 33525-058 | TERESA BROWN | 22766-045 |
| ALICIA BOULDIN | 58421-177 | JONATHAN BRUMBACK | 22506-031 |
| AUDRA BOWDEN | 50705-177 | TORRIE BRUMFIELD | 32473-034 |
| MELVIN BOWEN | 19666-078 | ROCKY BRUMMETT | 12354-032 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| MICHAEL BRUNER | 17984-032 | JAMES CARLSON | 16784-041 |
| MICHAEL BRYANT | 54559-004 | ALLEN CARNES | 02783-061 |
| GREGORY BUCK | 26568-081 | TERRELL CARNEY | 33927-034 |
| TAMATHA BUCKHOLT | 63353-280 | LUSHAWN CAROLINA | 58659-083 |
| KEVIN BUI | 26874-017 | KELLI CARON | 13604-059 |
| DENNIS BUNCH | 78044-083 | HORRIS CARPENTER | 27422-076 |
| JOHN BURGESS | 59495-177 | PEDRO CARRASCO JR | 07532-046 |
| JAMES BURKHART | 15426-028 | CARMELO CARRASQUILLO-LOPEZ | 53078-069 |
| PAUL BURKS | 29723-058 | JIMMY CARRASQUILLO-RODRIGUEZ | 33484-069 |
| ALEKSANDR BURMAN | 50234-054 | | |
| VICTOR BURNETT | 54977-039 | JOSE CARRILLO | 62730-080 |
| ANTHONY BURNETT | 16708-028 | CLIFFORD CARROLL | 13905-104 |
| PIERRE BURNETT | 15146-028 | DEWEY CARROLL | 50232-037 |
| LAMEL BURNS | 42334-424 | RASHAUN CARTER | 21884-084 |
| SIRRICO BURNSIDE | 24037-171 | ERIK CARTER | 51330-039 |
| NATHANIEL BURRELL III | 71431-066 | MAURICE CARTER | 97740-020 |
| REBECCA BURRESS | 30393-074 | JOSEPH CARTER | 16691-075 |
| KERI BURROUGHS | 14152-010 | RANDY CARVER | 53579-074 |
| CRYSTAL BUSBY-TETZLAFF | 08770-046 | JAMES CARVER | 25084-014 |
| ANTONIO BUSSIE | 66847-019 | MELISSA CASEY | 48834-074 |
| RUBEN BUSTOS | 47273-380 | SHARLENE CASH | 33128-064 |
| DANNY BUTLER | 19107-033 | NORMA CASILLAS | 52244-179 |
| SHAWN BUTLER | 83619-083 | VLADIMIR CASTANEDA | 62039-018 |
| JOHN BUTLER JR | 20040-018 | ROLAND CASTELLANOS | 62970-019 |
| MICHAEL BYERS | 34932-058 | RONALD CASTILLE JR | 63882-280 |
| ERNESTO CABANAS-TORRES | 59340-408 | DANNY CASTILLO | 26164-014 |
| YERITHZA CABAUATAN | 64824-298 | NELVING CASTRO | 69551-066 |
| LYNN CADY | 55388-380 | DESHON CATCHINGS | 47363-039 |
| BRIAN CALLAHAN | 82618-053 | JOSE MORA CATES | 17496-028 |
| THOMAS CAMBIANO | 28886-031 | DWELLY CAULEY | 69830-004 |
| PIO CAMPOS | 09314-089 | SEUI CAVAN | 08947-030 |
| ROSETTA CANNATA | 62780-018 | PEDRO CAVAZOS JR | 52624-080 |
| XAVIER CARDONA | 36123-380 | OSVALDO CEBALLO | 01241-104 |
| LUIS CARIBE-GARCIA | 16113-069 | RAFAEL CEBALLOS-CASTILLO | 06988-028 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| DOMINGO CEDANO-MARTINEZ | 59126-177 | NICHOLAS COLLINS | 26482-034 |
| ISRAEL CEDENO-MARTINEZ | 66258-050 | MARLON COLLINS | 05871-041 |
| ROMAN CHAIDEZ-ALVAREZ | 17137-424 | RUSSELL COLLINS | 05959-032 |
| AMANDA CHAMBERLAIN | 54101-177 | LEON COMBS | 07917-032 |
| SHAUNTEL CHAMBERS | 17381-027 | MICHAEL CONAHAN | 15009-067 |
| KAWANA CHAMPION | 71021-019 | BRUCE CONANT | 25387-045 |
| NIGEL CHANDLER | 32455-177 | HUMBERTO CONCEPCION-ANDRADES | 50411-069 |
| JAMES CHANEY | 17746-032 | KARIN CONDON | 08979-059 |
| DONNIE CHASTAIN | 60461-019 | RAYMOND CONLEY | 11368-035 |
| LIZA CHAVERA | 84866-380 | NOEL CONTRERAS | 89187-008 |
| JOSE CHAVEZ | 07920-027 | VANESSA COOPER | 58397-018 |
| CARLOS CHAVEZ-LOZANO | 08285-063 | DEWAYNE COOPER | 24919-034 |
| JUAN CHAVIRA-GUERRERO | 26392-078 | CHERIE COPELAND | 34593-045 |
| MARCUS CISNEROS | 55251-177 | BRYAN COPELAND | 55708-018 |
| XAVIER CISNEROS | 87026-280 | JOSEPH COPELAND | 16683-089 |
| EMMA CLARK | 27724-078 | CHAYANEE CORCINO-SERRANO | 52234-069 |
| BERNARD CLARK | 27715-171 | MATTHEW CORDERO | 09956-087 |
| ROBERT CLARK JR | 10732-078 | RAFAEL CORDERO | 68437-066 |
| NEIL CLARK | 06923-032 | JARVOR COSSE | 37473-034 |
| KASIMU CLARK | 49960-066 | JACORY COULTER | 28564-078 |
| GEORGE CLARKE | 24708-052 | CLARENCE COUNTERMAN | 58238-380 |
| NORMA CLAUDIO | 01722-138 | HENDRICK COUSAR | 23407-171 |
| TIMOTHY CLINE | 08718-062 | DONALD COX JR | 49022-177 |
| BRADLEY CLOUGH | 12318-028 | GARRY CRAIGHEAD | 62952-380 |
| MARIAN CLUFF | 92132-379 | ZAN CRANDALL JR | 17023-003 |
| MIKE COFFELT | 42779-074 | WILLIAM CRANE | 31603-001 |
| GAYBBRELL COFIELD | 53224-056 | QUANTEZ CRIBBS | 10735-029 |
| CLARENCE COHEN | 43732-039 | RACHEL CROWE | 14291-509 |
| DALE COLBERT | 63077-112 | KACEY CROXTON | 54049-177 |
| KEVIN COLEMAN | 30836-076 | RITA CRUNDWELL | 44540-424 |
| KEITH COLEMAN | 09587-021 | RICHARD CRUZ | 70012-054 |
| VLADIMIR COLLAZO-FLORIDO | 13775-069 | ANNA CUARTAS | 15923-104 |
| | | CHAD CURRY | 00527-120 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| JONATHAN CURSHEN | 90293-054 | RAFAEL DIAZ-ALICEA | 63755-018 |
| SALAH DADO | 45816-039 | ALAN DIAZ-FELICIANO | 50584-069 |
| COURTNEY DAILY | 25700-075 | JOSE DIAZ-MEDINA | 16909-069 |
| AUGUSTIN DALUSMA | 71080-018 | JERRY DICE | 18137-026 |
| AARON DAN | 94757-022 | CLINTON DICKERSON | 10113-078 |
| MELVIN DANIELS | 32900-171 | EARLIE DICKERSON | 08369-380 |
| ETHEL DANIELS | 66014-019 | JON DIRK DICKERSON | 24921-045 |
| JAMIE DARBY | 16934-002 | WALTER DIGGLES | 25054-078 |
| VIKRAM DATTA | 64542-054 | EDWARD DIMARIA | 16900-104 |
| PAUL DAUGERDAS | 62444-054 | NATHANIEL DIXSON | 16028-028 |
| KENDRICK DAVENPORT | 14089-179 | KRISANDREA DOBBS | 56495-177 |
| ARNULFO DAVILA | 32490-177 | JUAN DOMINGUEZ | 76727-004 |
| ERIC DAVIS | 31339-044 | FELICIA DONALD | 94272-083 |
| AMANDA DAVIS | 52217-074 | LAMON DONNELL | 16879-078 |
| MICHAEL DAVIS | 55247-060 | RONALD DOTSON | 52832-074 |
| MARTEE DAVIS | 31634-001 | DARREN DOUGLAS | 16921-047 |
| LISA DAVIS | 14202-029 | RICK DOWDEN | 09130-028 |
| KOBIE DAVIS | 17745-026 | JACK DOWELL | 05225-017 |
| PIERRE DAWSON | 20863-424 | WILLIAM DOWNS | 11865-033 |
| FEDERICO DE LA CRUZ | 08369-379 | ROBERTA DRAHEIM | 11325-090 |
| MERCEDES DE LA PAZ | 65423-298 | MARC DREIER | 70595-054 |
| DAVID DE LOS SANTOS | 49817-177 | GORDON DRIVER | 47270-048 |
| NICHOLAS DEANGELIS | 71691-004 | JOHN DRULLINGER JR | 50200-177 |
| CHRISTINE DELACRUZ | 20753-006 | PHOUMANO DUANGTAVILAY | 27955-055 |
| GERARDO DELBOSQUE | 16494-078 | JOHN DUBOR | 28044-479 |
| OSCAR DELGADILLO | 88249-479 | CORRIE DUDLEY | 28056-045 |
| VINCENT DELGADO | 27854-039 | JADE DUGAN | 17343-273 |
| RODNEY DELOACH | 04816-061 | CHAD DUNAWAY | 15039-078 |
| DAVID DEMATHEWS | 11256-112 | BRUCE DUNKELBURGER | 97329-020 |
| DONNA DEMPS | 66889-018 | TOMMY DUONG | 21598-017 |
| GUY DERILUS | 94425-004 | BARBARA DUPREY RIVERA | 69394-018 |
| ANITA DESORMEAUX | 17404-035 | RANDY DURAN | 55401-177 |
| EDUARDO DIAZ | 31301-045 | WILLIAM DYER | 52295-074 |
| RICARDO DIAZ | 79173-479 | GERARD EASILEY | 71989-279 |
| HECTOR DIAZ JR | 04822-508 | | |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| MELODIE ECKLAND | 52863-509 | JOHANNY FELICIANO-GONZALEZ | 50771-069 |
| ROBERT EDWARDS | 55683-018 | FRANCISCO FELIX | 65558-208 |
| VERNON EDWARDS | 28300-171 | HERIBERTO FELIX RUIZ | 31715-009 |
| BENJAMIN EDWARDS SR | 31320-034 | MELVIN FELIZ | 16314-054 |
| VICTOR EHLERS | 25357-052 | SELICA FENDER | 16834-059 |
| GARY EISEMAN | 13633-059 | BRYAN FERRER-VAZQUEZ | 27465-055 |
| MATTHEW ELDER | 17041-408 | TERI FIEDLER | 46285-044 |
| VIOLET ELDRIDGE | 57294-019 | STEPHEN FIELDS | 80657-083 |
| MICHAEL ELLIOTT JR | 18076-030 | JESUS FIGUEROA | 01197-138 |
| RYAN ELLIS | 07971-036 | ROLANDO FIGUEROA | 62539-018 |
| DARIEN ELLSWORTH-DAWAY | 71967-066 | DANIEL FILLERUP | 25270-052 |
| RUDOLPH ENGEL | 08084-059 | DERRICK FINCHER | 20128-085 |
| JOSEPH ENOX | 41328-177 | STEVEN FINKLER | 39327-053 |
| ERIC EPSTEIN | 16513-104 | NORRIS FISHER | 41251-177 |
| JUSTIN ERWIN | 26283-058 | JENNA FITZHUGH-THOMAS | 36732-034 |
| CHRISTOPHER ERWIN | 63427-050 | TIMOTHY FITZPATRICK | 24140-055 |
| CINTHIA ESCOBAR-RAMOS | 50975-069 | FABIAN FLEIFEL | 57575-018 |
| ALFONSO ESPARZA | 75902-097 | TERRY FLENORY | 32454-044 |
| HAROLD ESQUILIN-MONTANEZ | 49768-069 | PATRICK FLORANG | 09860-029 |
| EDUARDO ESTERAS-ROSADO | 47753-069 | GUSTAVO FLORES | 91742-051 |
| MICHELLE ESTEVEZ | 55439-066 | MARGARITO FLORES | 41922-080 |
| ENRIQUE ESTRADA | 76531-112 | SHIRLEY FLORES | 83175-179 |
| DANIEL EVANS | 43012-044 | ALEXIS FONTANEZ NIEVES | 66943-018 |
| RONALD EVANS SR | 31084-018 | DAMON FORBES | 49337-019 |
| TERRY EVELAND | 15669-028 | WILLIAM FORD | 11612-002 |
| BRENDA EVERSOLE | 16161-032 | KEITH FORD | 67064-018 |
| DAITWAUN FAIR | 25880-052 | NIGEL FORDE | 91548-083 |
| EDWARD FARLEY | 61330-019 | MARSHALL FOSKEY | 94169-020 |
| DAVID FARNSWORTH | 16241-059 | BRIAN FOSTER | 59970-019 |
| AVION FARR | 31852-009 | NATHAN FOSTER | 17583-002 |
| ANTWONE FARRAL | 13864-028 | JOSHUA FOUNTAIN | 05960-017 |
| RONALD FAULK JR | 43628-054 | MELISSA FOX | 20767-045 |
| ROOSEVELT FAZ | 85345-079 | DAVID FRANCIS | 38679-068 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| MONICA FRAZEE | 68730-298 | COURTLAND GETTEL | 60857-298 |
| DEXTER FRAZIER | 71019-019 | ADAM GETTS | 17474-027 |
| BOBBY FROMAN | 38833-177 | DENNIS GIBBONS JR | 47362-074 |
| JERRY FRUIT | 53517-054 | LC GILLS JR | 30067-076 |
| JAMES FRY | 15927-041 | GEOFFREY GISH | 62152-019 |
| PEGGY FULFORD | 37001-034 | BYRON GLOVER | 27413-034 |
| KATHY FUNTILA | 06000-122 | ALEXIO GOBERN | 15002-057 |
| CALVIN FURLOW | 60885-019 | JAJUAN GODSEY | 43961-060 |
| ANTONIO GADDIST | 28288-171 | TISHA GOFF | 54112-074 |
| KRYSTA GAINES | 54427-177 | CARL GOLDEN | 04099-095 |
| WILLIAM GALLION | 11492-032 | WILLIAM GOLDSTEIN | 66083-019 |
| FREDERICK GANG | 72630-054 | JAMIE GOLLADAY | 71142-097 |
| DANIELS GARCES | 28327-078 | SOTERO GOMEZ | 91525-054 |
| REYNALDO GARCIA | 29332-479 | LIDERRICK GOMEZ | 33532-171 |
| JACQUELINE GARCIA | 12667-091 | BRYAN GOMEZ NEVAREZ | 70388-018 |
| GABRIEL GARCIA | 28966-180 | RANDY GOMILLA | 14460-025 |
| AMBAR GARCIA | 57152-380 | DANEL GONZALEZ | 49687-069 |
| MANUEL GARCIA ZUNIGA | 18857-030 | ISAAC GONZALEZ | 56372-177 |
| DENNIS GARCIA-CATALAN | 56897-177 | JOSE GONZALEZ | 00727-138 |
| NEYDIE GARCIA-PEREZ | 20096-479 | MARTHA GONZALEZ | 56710-177 |
| NOEL GARCIA-RIVERA | 23164-069 | MARCOS GONZALEZ | 86617-054 |
| MERRILL GARDNER | 13729-046 | NORMA GONZALEZ | 94484-380 |
| JODY GARDNER | 12401-104 | DAVID GONZALEZ-PEREZ | 35448-069 |
| RAMON GARIBAY | 42552-280 | ROBERT GOOD | 32794-068 |
| VICKI GARLAND | 65459-112 | STEVEN GOODMAN | 27355-009 |
| RICHARD GARRETT | 43830-112 | WILLIAM GOODWILL | 14116-026 |
| BABY GARRISON | 22813-021 | CLARENCE GOODWIN | 42129-074 |
| TREMAINE GARRISON | 67131-054 | CLINTON GOSWICK | 33728-177 |
| KEVIN GARVIN | 63886-019 | GEORGE GRACE SR | 05652-095 |
| JAMES GARY | 08922-379 | DAMON GRAHAM | 13787-014 |
| HUMBERTO GARZA | 80485-079 | DANIELLE GRAVES | 17929-030 |
| JEREMY GASAWAY | 10910-028 | MARCEL GRAVES | 20408-043 |
| AMBER GAUCH | 55287-177 | LARRY GRAVES | 35377-408 |
| ALFRED GEREBIZZA | 63188-019 | ANDREA GRAY | 15761-076 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| SHERRY GRAY | 05057-088 | BRANDON HARDERS | 17362-029 |
| JOHN GRAY | 33954-058 | DAVID HARDY | 14486-078 |
| SHAWN GREEN | 31359-171 | CYNTHIA HARLAN | 63290-018 |
| HENRY GREEN JR | 42575-074 | MELISSA HARLESS | 20400-084 |
| JAMIE GREEN | 26213-078 | CHRISTOPHER HARLESS | 68123-280 |
| DAVID GREENBERG | 59059-053 | DANNY HARMON | 10089-028 |
| CHARLES GREESON | 60784-019 | JOSHUA HARNED | 32207-001 |
| RODRICK GRIMES | 05892-078 | SANDRA HARO | 13202-479 |
| MICHAEL GROVE | 07811-002 | JAMES HARPER | 33908-171 |
| JAMES GUERRA | 36611-001 | CHARLES HARRIS | 42637-379 |
| CLOYD GUILLORY | 25713-479 | DONTAI HARRIS | 70182-018 |
| TREMAYNE GUIN | 64374-060 | VICTORIA HARRIS | 09002-025 |
| JEFFREY GUNSELMAN | 01056-380 | BOBBY HARRIS | 46169-177 |
| SAVANNAH GUTHERY | 31479-064 | JIMMY HARTLEY | 06148-028 |
| FRANK GUTIERREZ | 07626-051 | MALCOLM HARTZOG | 02391-043 |
| SANTOS GUTIERREZ | 60107-097 | LAMONT HARVEY | 51237-039 |
| MARC GUYTON | 32201-034 | JOHNNY HATCHER | 31418-074 |
| ERIC GUZMAN | 72056-050 | LARRY HAWKINS | 16918-077 |
| LEGUSTER HACKWORTH III | 34685-001 | WOODROW HAYES | 12732-035 |
| ANDREW HAIR | 54106-056 | JAMAL HAYNES | 25575-017 |
| DAMON HAIRSTON | 17753-027 | WILLIAM HEARN | 17282-003 |
| JAMES HALD | 17170-047 | STEVEN HEBERT | 30953-034 |
| HENRY HALL | 35370-016 | ROBERTO HECKSCHER | 14400-111 |
| KRIS HALL | 08407-063 | KATHRYN HELLEN | 21895-040 |
| HARRISON HALL | 47294-424 | ROBERT HELM | 23180-047 |
| JANET HALLAHAN | 11744-026 | SHAQUAN HEMINGWAY | 02815-509 |
| FRANZ HAMBRICK | 16770-179 | JEROME HENNESSEY | 21756-041 |
| FRANK HAMILTON | 34162-171 | JOHN HENOUD | 25198-083 |
| LESLIE HAMILTON | 07068-089 | WENDI HENRY | 43511-074 |
| BUCK HAMMERS | 08202-063 | KYLE HENSON | 20303-076 |
| JOHN HANCOCK | 14341-078 | MARCELA HEREDIA | 76424-097 |
| ASHLEY HANNA | 28294-078 | MICHAEL HERMAN | 75169-067 |
| HUNTER HANSON | 17369-059 | ERNEST HERNANDEZ | 32005-479 |
| PETER HANSON | 03640-041 | PAUL HERNANDEZ SR | 46860-177 |
| AARON HARBOR | 49351-177 | SIRIA HERNANDEZ | 14847-104 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| JOHNNY HERNANDEZ | 52595-280 | WAYNE HOLROYD | 10096-007 |
| MARCOS HERNANDEZ | 07452-078 | DAVID HOLT | 50520-177 |
| LEONARD HERNANDEZ | 91393-380 | TIMOTHY HOLT | 52097-074 |
| GUILLERMO HERNANDEZ | 16555-078 | JON HOLT | 12172-041 |
| RICK HERRERA | 59037-177 | JACLYN HOOKER | 48726-177 |
| PEDRO HERRERA | 51600-177 | RALPH HOOPER | 77365-054 |
| NELLY HERRERA | 47398-008 | MICHAEL HORN | 28838-177 |
| ALEXANDER HEYING | 17863-041 | WILLIAM HORTON JR | 66940-479 |
| RAYMOND HIBBERT | 70563-066 | JOHN HOSKINS | 17570-032 |
| JERRY HICKS | 27657-078 | GEORGE HOUSER | 60799-019 |
| JAMES HILL | 06343-088 | GEORGE HOUSTON | 16032-018 |
| BRANDON HILL | 52282-074 | JAMES HOWARD III | 04067-017 |
| JOHNNIE HILL | 83187-083 | FRED HOWARD | 07757-089 |
| AMY HILL | 68340-479 | GILBERT HOWARD | 12704-032 |
| PHILLIP HILL | 56433-019 | SHELDON HOWARD | 92565-083 |
| TIMOTHY HILLIARD | 43262-424 | STEPHAN HOWARD | 16912-027 |
| TERRANCE HILTON | 09034-095 | MICHEL HUARTE | 82411-004 |
| TED HILTON SR | 33634-045 | MARC HUBBARD | 11465-058 |
| WILLIAM HILTS | 24063-052 | CHARLES HUBBARD | 69949-019 |
| SIDNEY HINES | 11120-030 | KENNETH HUBBARD | 10119-043 |
| CLAUDIA HIRMER | 07035-017 | MARVIN HUDGINS | 47239-039 |
| MARK HOBBY | 49441-019 | SANCHEZ HUDSON | 23300-058 |
| TERENCE HODGE | 32479-171 | RANDY HUERTA | 20418-380 |
| DERRICK HODGE | 42709-074 | JAMES HUFF | 35783-044 |
| THOMAS HOEY JR | 92147-054 | WILLIAM HUFFMAN | 49016-177 |
| RICO HOGAN | 48458-044 | DARWIN HUGGANS | 34513-044 |
| STEPHANIE HOLBROOK | 17997-029 | TORREAN HUGHLEY | 29902-031 |
| BRIAN HOLLAND | 57325-177 | RAVON HUMPHREY | 51358-039 |
| EDWARD HOLLIMAN | 79670-054 | TINA HUNT | 17225-035 |
| MARCUS HOLLIMAN | 65049-019 | ALEXIS HUNTER | 39141-177 |
| BERNARD HOLLINGER JR | 95775-020 | CHRISTOPHER HUNTER | 44200-061 |
| CHARLES HOLLIS JR | 97818-020 | BOBBY HUNTER | 16007-028 |
| SAMUEL HOLLOMAN | 30964-057 | MOHAMED HUSSEIN | 22362-041 |
| LAWRENCE HOLMAN | 28077-018 | MATTHEW HUTCHESON | 14620-023 |
| KEITH HOLMES | 00224-509 | NORMA IBARRA CANTU | 94793-380 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| DANA ICE | 36314-180 | WALTER JOHNS | 37369-019 |
| JESSICA IDLETT | 56827-177 | PATRICK JOHNS | 20366-043 |
| JESUS IGLESIAS | 91860-280 | COURTNEY JOHNSON | 72960-019 |
| GODREY ILONZO | 63976-019 | DORIAN JOHNSON | 43811-074 |
| LESLIE INMAN | 85901-379 | CORDELL JOHNSON | 19770-035 |
| REGINALD IRBY | 69457-066 | TIMMY JOHNSON | 35692-044 |
| CARLOS ISBY | 24743-009 | TIMOTHY JOHNSON JR | 14568-479 |
| AMER JABIR | 17294-424 | RONALD JOHNSON | 20761-041 |
| REGGIE JACKSON | 45833-039 | MICHAEL JOHNSON | 13861-028 |
| HOWARD JACKSON | 54870-039 | GEORGE JOHNSON | 78855-083 |
| CHARLES JACKSON | 29263-009 | DEMETRIS JOHNSON | 19482-033 |
| TOMMY JACKSON | 21198-017 | DAJANAE JOHNSON | 21347-043 |
| DANNY JACKSON | 39094-068 | KELLY JOHNSON | 60777-066 |
| FREDERICK JACKSON SR | 47796-039 | CALVIN JOHNSON | 61977-066 |
| TIMOTHY JACKSON | 20364-043 | AARON JOHNSON | 66942-066 |
| THERESA JACKSON | 08478-045 | WILLIE JOHNSON | 12498-002 |
| CHRISTOPHER JACKSON | 47079-074 | MONYET JOHNSON | 20376-043 |
| DAVID JACKSON | 08547-068 | JAMES JOHNSON | 52164-074 |
| IKEISHA JACOBS | 59274-056 | ADAM JOINER | 78587-112 |
| JOSEPH DEE JACOBS | 27752-171 | JUSTIN JONES | 29162-179 |
| MICHAEL JACOBS | 65325-056 | MARCOS JONES | 18114-043 |
| RAYMOND JACQUES III | 17726-002 | NATHANIEL JONES | 43718-037 |
| CELSO JAIMES-MEDERO | 48891-177 | TRAVELL JONES | 18500-104 |
| DEVINCIO JAMES | 27775-055 | CURTIS JONES | 55887-019 |
| KENNETH JAMES | 10402-002 | MATTHEW JONES | 24662-083 |
| TAMMY JANICEK | 54253-177 | RONALD JONES | 25678-044 |
| MARVIN JANKEE | 27728-058 | STEVEN JONES | 30269-048 |
| LINDA JARAMILLO | 06021-081 | ANTWAN JONES | 40833-424 |
| JUAN JASSO | 59988-018 | RAYMOND JONES | 11681-067 |
| ROBERT JAYNES JR | 12376-028 | BOBBY JUSTICE | 09715-032 |
| EDWARD JEFFERSON | 20644-045 | STEVIE JUSTUS | 15652-084 |
| COLIN JENKINS | 71907-279 | CARL KAZANOWSKI | 04953-122 |
| SHARON JESSEE | 53734-074 | EMMANUEL KAZEEM | 76888-065 |
| MIGUEL JIMENEZ | 18429-180 | MEAGAN KEEL | 03518-480 |
| MORRIS JOHNS | 72464-280 | BILLY KEEN | 18754-084 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| DEANGELO KEITH | 63306-037 | KENDRICK LATHAM | 05325-025 |
| ERIC KELLEMS | 10236-025 | ANDREW LAVIGNE | 26043-052 |
| BARBARA KELLEY | 16731-028 | MARTIN LAWRENCE | 06277-029 |
| SAMUEL KELLY | 03219-112 | STEPHANIE LAZA | 54307-177 |
| JACK KELLY | 04481-017 | ANTHONY LE | 17627-003 |
| JEROME KELLY | 30467-068 | HECTOR LEDESMA-CARMONA | 53542-069 |
| DARRON KENNEDY | 27994-078 | RODOLFO LEDEZMA-HERRERA | 60548-179 |
| DAVID KENNEY | 06513-040 | MARLON LEE | 06645-068 |
| BOBBY KHABEER | 26500-009 | JOVON LEE | 64333-037 |
| ANGELA KILPATRICK | 16777-003 | NICOLE LEEDY | 49891-177 |
| ISSAC KING | 16744-104 | MIGUEL LEGARDA URRUTIA | 08707-027 |
| RODNEY KING | 03025-029 | MICHAEL LENTSCH | 41789-044 |
| MATHEW KINNEER | 18282-030 | JOSEPH LEONARD | 56345-056 |
| PERETZ KLEIN | 86086-054 | SANTO LEONE | 27152-379 |
| DAVID KLINE | 21297-041 | NICOLE LESCARBEAU | 01164-138 |
| RICHARD KNEE SR | 18153-026 | DAVID LEWALSKI | 64121-054 |
| DELORES KNIGHT | 61056-060 | LISA LEWIS | 12954-089 |
| DARYL KNOTTS | 15336-509 | MARTIN LEWIS | 13406-047 |
| MATTHEW KOLODESH | 67829-066 | TORRY LEWIS | 28825-050 |
| ANTHONY KOON | 51666-424 | PHIL LEWIS | 22737-078 |
| CYNTHIA KOONS | 11336-029 | JAMES LEWIS JR | 16240-179 |
| JULIE KRONHAUS | 67738-018 | DAVID LEWISBEY | 45353-424 |
| MARK KUHRT | 99140-179 | JESSE LINARES | 06009-027 |
| JACIE KYGER | 16921-084 | TIMOTHY LINDSEY | 15723-077 |
| SARKIS LABACHYAN | 29591-047 | LEE LINDSEY | 28028-171 |
| DONALD LAGUARDIA | 87596-054 | ARTIS LISBON | 61947-019 |
| CHRISTOPHER LAMAR | 63731-019 | ANDRE LLOMPART-FILARDI | 49548-069 |
| KESHIA LANIER | 15355-002 | JAMES LLOYD | 60995-112 |
| AMBER LANPHEAR | 17503-046 | ALEX LOCKLEAR | 56573-056 |
| JOSE LANTIGUA | 29934-058 | GREGORY LOLES | 18551-014 |
| JERONIMO LARA-VAZQUEZ | 60294-018 | KATHY LOPEZ | 72202-018 |
| RONNIE LARKINS | 09781-033 | DALIA LOPEZ | 28144-479 |
| GEORGE LARSEN | 72891-097 | GILBERT LOPEZ JR | 99141-179 |
| CLAUDIS LASSITER | 42543-037 | | |
| GIOVANNI LATERRA | 19482-104 | | |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| ROGELIO LOPEZ-BATISTA | 69633-066 | MARCOS MARTINEZ | 14653-002 |
| ALEXANDER LOPEZ-MONTANEZ | 49549-069 | XAVIER MARTINEZ | 76536-380 |
| FRANCISCO LOPEZ-NEGRON | 63246-050 | JOSE D MARTINEZ | 52574-054 |
| | | WILLIAM MARTINEZ | 27147-016 |
| CARLOS LOPEZ-ORRIA | 50602-069 | RAMIRO MARTINEZ JR | 09167-479 |
| BLIA LOR | 16850-089 | ALFONSO MARTINEZ-HERNANDEZ | 46754-008 |
| CHRISTOPHER LORICK | 57162-177 | CARLOS MATEO | 67609-054 |
| ANTHONY LOUIS | 48400-019 | MAGGIE MATLOCK | 14351-025 |
| NESLY LOUTE | 62888-018 | BRENT MAURSTAD | 13076-059 |
| ELAINE LOVETT | 49530-039 | STEPHEN MAYES | 32672-074 |
| GEORGE LOWMASTER | 32899-068 | CLARK MCALPIN | 36962-034 |
| OMAR LOZA | 09168-027 | RONDALE MCCANN | 16276-032 |
| ROBERT LUSTYIK JR | 91912-054 | MICHAEL MCCOY | 32480-177 |
| ELIJAH MACK | 65368-037 | ALFONZA MCCOY | 55563-056 |
| ALONZO MACON JR | 14323-078 | WALLACE MCCREE III | 08752-002 |
| ROSALINA MADRIGALES | 11938-308 | RICKEY MCCURRY | 18061-074 |
| SERAFIN MAGALLON | 70055-097 | ALEX MCDOWELL | 17079-043 |
| DON MAIGARI | 65116-060 | GLADSTONE MCDOWELL | 12204-031 |
| SILOMIGA MALAE | 88956-022 | WILLIAM MCGEE | 29299-179 |
| JOSE MALDONADO-VILLAFANE | 49404-069 | MARDELL MCGEE | 31023-044 |
| DANIEL MALEY | 15291-032 | TIMOTHY MCGINN | 19470-052 |
| AHMAD MANN | 26319-050 | JUSTIN MCGINNIS | 90850-083 |
| STEPHEN MANNESS | 48609-074 | BRENDA MCGINNIS | 75816-097 |
| MARIO MAREZ | 80440-279 | TIMOTHY MCINTOSH | 70995-018 |
| RICKY MARIANO | 15955-041 | MICHAEL MCINTOSH | 07958-029 |
| KATHRYN MARKLE | 55921-177 | LARRY MCKAY | 10771-173 |
| CHRISTY MARSHALL | 54366-074 | GREGORY MCKNIGHT | 46755-039 |
| ANDRAY MARTIN | 09601-041 | BRIAN MCKYE | 26802-064 |
| LISA MARTIN | 15886-028 | MATTHEW MCMANUS | 68250-066 |
| HERBERT MARTIN | 33656-057 | DAVID MCMASTER | 11853-059 |
| GARRY MARTIN | 26238-018 | PATRELLE MCNAIR | 20907-043 |
| KEITH MARTIN | 95629-280 | TORRANZA MCNEAL | 00868-120 |
| CHARLIE MARTIN | 03452-043 | MARLAN MCRAE | 14632-040 |
| GERARDO MARTINEZ | 44179-380 | JAMES MCREYNOLDS | 09820-003 |
| | | GINA MEDINA | 03015-093 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| WILLIAM MEDLEY | 39650-044 | JAMES MOON | 15485-022 |
| JASON MEDLYN | 57015-056 | MEGAN MOORE | 53369-074 |
| TONY MEEKS | 44256-074 | JONAIR MOORE | 36376-013 |
| HERZEL MEIRI | 91160-054 | JAMES MOORE | 19644-009 |
| RICHARD MELOCCARO | 21683-047 | BRIAN MOORE | 10903-028 |
| ROLANDO MENCHACA | 87199-280 | JOE MOORER | 58542-004 |
| MINERVA MENDEZ | 48351-177 | SAMANTHA MOORMAN | 28087-078 |
| JESSE MENDOZA | 05890-041 | DANNY MORA | 17852-280 |
| ELIZABETH MENDOZA | 96954-079 | CHRISTIAN MORALES | 15498-028 |
| ALEJANDRO MENDOZA JIMENEZ | 06615-033 | FRANK MORALES | 46352-177 |
| JEFFERY MICHELLI | 27705-034 | ERNESTO MORALES-CASTRO | 39270-069 |
| MICHAEL MIKESELL | 11834-029 | GARY MORELAND | 20283-086 |
| AMANDA MILBOURN | 46327-044 | SABRENA MORGAN | 26986-045 |
| SEYMOUR MILES | 28370-055 | RODRIGUEZ MORGAN | 63223-037 |
| HARRY MILES | 17768-112 | SONIA MORGAN | 38103-068 |
| GEORGE MILLER | 31622-076 | ASHLEY MORRIS | 52316-074 |
| STACY MILLER | 42470-074 | NATHANIEL MORRIS | 27603-045 |
| APRIL MILLER | 23761-171 | GLADSTONE MORRISON | 47993-177 |
| DAISY MILLER | 00850-104 | JACQUELINE MORRISON | 47995-177 |
| JERRY MILLER | 15165-043 | RUBIN MORROW | 75859-112 |
| JACQUELINE MILLS | 28918-009 | RICHARD MOSELEY | 31267-045 |
| GEARY MILLS | 16878-078 | MICHAEL MOSES | 82384-198 |
| ROBERT MINOR | 04582-043 | PHILISS MOSHER | 72448-097 |
| MICHAEL MINOR | 31389-034 | EDWARD MOSKOP | 09159-025 |
| SCOTT MISERENDINO SR | 84246-083 | DANNIE MOSLEY | 18619-033 |
| RUBEN MITCHELL | 10954-023 | DOUGLAS MOSS | 00806-120 |
| TOBIAS MITCHELL | 11573-039 | KRISHNA MOTE | 68377-067 |
| WILLIAM MOATES JR | 14264-010 | TAMER MOUMEN | 90928-083 |
| MICHELLE MOBLEY | 49753-177 | MATTHEW MOWERY | 26917-051 |
| MICHAELA MONCRIEF | 57905-177 | WALTER MUHAMMAD | 76406-112 |
| DANIEL MONSANTO LOPEZ | 77708-054 | ALICIA MURFIELD | 57381-177 |
| JUAN MONTALVO | 15669-479 | MICHAEL MURPHY | 15782-424 |
| ANDRE MOODY | 09230-028 | TIMOTHY MURPHY | 43267-177 |
| MARCUS MOODY | 20413-043 | JOHN MURPHY-CORDERO | 37950-069 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| DONALD MYERS | 09139-028 | UCHECHI OHANAKA | 13320-179 |
| RHONDA MYRICK | 21831-032 | PATRICK OKROI | 17044-273 |
| MIYOSHIA NANCE | 39117-177 | MASON OLSON | 17204-273 |
| ARTURO NATERA | 71460-080 | CHRISTOPHER OMIGIE | 66007-019 |
| COLIN NATHANSON | 29308-112 | RALPH O'NEAL III | 18792-075 |
| GUILLERMO NAVARRETE JR | 61801-112 | CHARLES O'NEIL | 61036-004 |
| YAMIL NAVEDO-RAMIREZ | 36027-069 | JOSE ORELLANA MONTALVO | 91380-083 |
| CARLOS NAZARIO-LOPEZ | 69924-018 | FELIX ORTIZ-RODRIGUEZ | 50607-069 |
| JUAN NEGRETE | 26585-380 | HECTOR ORTIZ-TARAZON SR | 68824-308 |
| JESUS NEGRON-ROSSY | 43317-069 | CHARLTON OSBOURNE | 23630-055 |
| JAMES NEKVASIL JR | 04317-027 | OGIESOBA OSULA | 44879-177 |
| DEXTER NELSON | 11964-042 | RUSSELL OTT | 46191-424 |
| JONATHAN NELSON | 34556-177 | CRAIG OTTESON | 54711-177 |
| BENJAMIN NEWMAN | 33313-045 | DONALD OVERFIELD | 14030-067 |
| JOHN NEWTON | 30965-044 | CRUZ OVIEDO | 16368-480 |
| BRIAN NEWTON | 60572-018 | GAIL OWENS | 55119-018 |
| MANUEL NICASIO | 83316-380 | RACHEL PADGETT | 20200-021 |
| MATT NICKA | 01952-122 | LISA PAGE | 22267-026 |
| DARYL NICKERSON | 29444-057 | MICHAEL PAHUTSKI | 12411-058 |
| SHARLEEN NICKLE | 32717-064 | CYNDY PALMA | 63971-380 |
| SHERITA NICKS | 85909-083 | MYRNA PARCON | 49681-177 |
| CHRISTOPHER NIETO | 09256-122 | THOMAS PARENTEAU | 67736-061 |
| ROBERT NIMOCKS | 57045-039 | RONALD PARHAM | 30548-076 |
| MARK NIX | 48352-074 | DARNELL PARKER | 22081-016 |
| GARY NOLEN | 09762-062 | WALIS PARRA-REYES | 18260-021 |
| GEORGE NOONAN | 04248-036 | BABUBHAI PATEL | 46049-039 |
| RODRIGUEZ NORMAN | 91419-083 | MANUELA PAVON | 50607-177 |
| LARRY NORQUIST | 17917-273 | SPENCER PAYNE | 71685-066 |
| KRISTIN NORRIS | 22208-026 | JAMES PAYTON | 03490-033 |
| JOSE NUNEZ | 43507-018 | ROSA PAZOS CINGARI | 60903-018 |
| ADRIAN NUNEZ | 65615-280 | JUAN PECINA | 97459-020 |
| QUEREN-HAPUC OCHOA-ROMERO | 75376-408 | CAROL PEDERSON | 77852-112 |
| WILLIAM OGBONNA | 93445-083 | GEORGE PENA | 67821-018 |
| | | JULIO PENA | 30941-379 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| KARON PEOPLES | 63608-037 | RON PRUITT | 50015-039 |
| BERNARDO PEREZ | 37097-086 | ROBERTO PULIDO | 76825-004 |
| LUZ PEREZ DEMARTINEZ | 15968-049 | DAVID QUINTANA | 15904-028 |
| WILLIAM PERRY | 26474-077 | VICENTE QUIROZ | 91208-308 |
| ROBERT PERRY | 09845-028 | RICHARD RACH III | 14859-088 |
| DAVID PERRY | 30853-009 | CHAD RAGIN | 68352-004 |
| JOSE PERU | 50110-177 | SAIED RAMADAN | 39093-083 |
| DIONE PETITE | 12611-003 | HENRY RAMER | 17787-032 |
| SEAN PETRIE | 55543-039 | LILLIANE RAMIREZ | 69571-112 |
| HUNG PHAN | 56613-177 | DAVID RAMIREZ | 30333-279 |
| RODNEY PHELPS | 21576-032 | ROBERT RAMSEUR | 53900-177 |
| JENNIFER PHILLIPS | 83099-080 | EPHRAIM RAMSEY | 08266-067 |
| SHAWANNA PHIPPS | 33777-058 | GREGORY RAND | 38641-177 |
| ONEIDA PICASSO | 50205-177 | GENA RANDOLPH | 32288-171 |
| NELSON PICHARD-REYES | 65421-053 | FLINT RATLIFF | 16268-171 |
| CLAUDIA PIEDRA | 41545-479 | DEBRA RATLIFF | 17546-280 |
| JUAN PIMENTEL | 51088-408 | JOHNNY READER | 17905-078 |
| ERICK PINERO-ROBLES | 50651-069 | VENTERIA REASON | 13067-104 |
| JOHN PIPKIN | 64455-056 | TAMIR REAVES | 76735-066 |
| MATHIAS PIZANO | 08586-030 | DENISE REDMAN | 27330-180 |
| RICHARD PLATO | 72619-079 | DARA REDMOND | 17862-029 |
| GREGORY PODLUCKY | 30494-068 | JOSEPH REEDER-SHAW | 56147-039 |
| DUSTIN POE | 34527-001 | DAVID REESE | 52139-066 |
| JULIEN POLK | 24638-111 | FREDERICK REEVES | 25040-009 |
| RAUL PORRAS-ACOSTA | 10229-180 | ZENAIDO RENTERIA JR | 69119-112 |
| ROBERT PORTER | 15875-075 | SARAH REYES | 05783-095 |
| KEVIN PORTIE | 17127-035 | MAYRA REYES | 57582-177 |
| ISHMI POWELL | 69585-066 | CRYSTAL REYES | 24740-280 |
| CLISTY PRATT | 55423-177 | DILEAN REYES-RIVERA | 39927-069 |
| MELISSA PRESTON | 11892-480 | MARQUIS REYNOLDS | 67705-060 |
| JOAN PRICE | 20402-021 | APRIL RICE | 18201-026 |
| JEREMIAH PRIDE JR | 77002-061 | GALLOWAY RICH III | 71714-019 |
| DEVANTE PRIOLEAU | 32563-171 | RONALD RICHARD JR | 02381-095 |
| EARL PRITCHARD | 30421-076 | MICHAEL RICHARDSON | 70991-019 |
| HARRY PRITCHETT | 42565-074 | ROGER RICHARDSON | 08602-028 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| KIKO RICHMOND | 85556-083 | JOSEPH ROHE JR | 17004-003 |
| JENNIFER RICHMOND | 98686-379 | OMAR ROJAS | 57547-379 |
| THOMAS RILEY | 24186-044 | BARBARA ROJAS | 14438-104 |
| JAMES RISHER | 19358-018 | BLANCA ROJO | 27546-045 |
| TOBIAS RITESMAN | 17361-273 | ANSWAR ROLLINS JR | 07333-025 |
| LUIS RIVAS | 48463-004 | ROSA ROMAN | 27787-180 |
| PABLO RIVERA | 05914-122 | JUAN ROMAN-POLANCO | 75699-067 |
| JULIO RIVERA | 70625-097 | RICHARD ROSA | 20126-006 |
| LUIS RIVERA-PARES | 49671-069 | FRANCISCO ROSALES | 59027-280 |
| MICHAEL RIVERS | 82085-053 | HECTOR ROSARIO-RIVERA | 39556-069 |
| GERALD ROBERSON | 17546-021 | EVELIO ROSARIO-ROSADO | 49761-069 |
| ONEAL ROBERTS | 64117-053 | CHRISTOPHER ROSE | 14090-179 |
| DJAMIL ROBERTS | 15965-028 | ROGER ROUSSEAU | 03652-104 |
| LENA ROBERTS | 51332-074 | MICHAEL ROYAL | 51341-074 |
| ANTHONY ROBERTS | 57884-177 | HENRY ROYER | 25268-111 |
| QUINCY ROBERTS | 15621-040 | DONACIANO RUBALCABA-MIJAREZ | 78316-380 |
| STEVEN ROBINSON | 11916-087 | SHAWNA RUBY | 18777-030 |
| MARIA ROBLES | 44739-013 | MICHAEL RUDDELL | 55997-177 |
| RANDY ROCKHOLT | 14025-027 | ANTHONIO RUEDA-AYALA | 19862-111 |
| CYNTHIA RODRIGUEZ | 28803-031 | BRENDA RUEHLOW | 17543-029 |
| JENNIFER RODRIGUEZ | 15791-379 | FERDINAND RUIZ | 59030-066 |
| RAFAEL RODRIGUEZ | 95341-380 | ANTONIO RUIZ | 61667-004 |
| MARIO RODRIGUEZ | 52813-180 | MARIBEL RUIZ | 26302-078 |
| STEPHANIE RODRIGUEZ | 49750-177 | WILLIAM RUNION | 54165-074 |
| RUBEN RODRIGUEZ JR | 20243-480 | MEERA SACHDEVA | 16240-043 |
| JOE RODRIGUEZ | 10610-179 | ISIAH SADLER | 89404-053 |
| ALLAN RODRIGUEZ-CRISPIN | 44365-069 | JUSTIN SAIN | 53137-074 |
| CLARA RODRIGUEZ-IZNAGA | 15866-032 | SUSAN SALANE | 37270-034 |
| STEPHANIE RODRIGUEZ-VERDUGO | 66055-408 | WILLIAM SALES SR | 15035-056 |
| BUFORD ROGERS | 01869-027 | SANTOS SALINAS | 58320-380 |
| ALFONIZA ROGERS | 09823-003 | SANTA SALINAS | 71389-479 |
| KENNETH ROGERS | 18196-104 | SANTIAGO SALINAS | 11962-018 |
| JEREMIAH ROGERS | 96309-020 | GARTH SALKEY | 86171-083 |
| JOHN ROGERS | 21111-045 | | |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| GREGORY SALLEE | 19573-033 | MANUEL SERRATA | 19425-179 |
| RANDON SALLIS | 04416-063 | SUSANA SERRATO | 16246-059 |
| BARRON SALTER | 14237-003 | NEVIN SHAPIRO | 61311-050 |
| MICHAEL SAMANIEGO | 35329-177 | KINZEY SHAW | 15956-059 |
| ALLYSSA SAMM | 31619-045 | ASHLEE SHAW | 00255-120 |
| JAIME SANCHEZ | 06704-104 | RICHARD SHAW | 56956-019 |
| MAGGIE SANDERS | 33230-058 | JOSEPH SHAYOTA | 50260-298 |
| PAUL SANDERSFELD | 17512-273 | MAQUEL SHELBY | 20067-035 |
| BERNARDO SANTANA | 50816-039 | CURTIS SHELL | 16837-043 |
| JOHN SANTOS | 70462-054 | SCOTT SHELLEY | 07195-509 |
| RAFAEL SANTOS | 26932-050 | BROCK SHELLMAN | 16958-027 |
| BENITO SARABIA | 64868-079 | JOSEPH SHERESHEVSKY | 35857-054 |
| DALTON SARGENT | 21769-026 | SAFARA SHORTMAN | 17107-046 |
| ARNULFO SAUCEDA | 55692-177 | JONATHAN SHOUCAIR | 21591-112 |
| CARLTON SAYERS | 26948-078 | KENNETH SHOULDERS | 47293-424 |
| MANUELE SCATA | 96802-038 | ANTONIO SHUFFORD | 19657-056 |
| JOSEPH SCHABOW | 19892-033 | RICKY SHULL | 13572-025 |
| DAVID SCHAFFER | 46423-044 | CRISTIAN SIBERIO-RIVERA | 76037-066 |
| MICHAEL SCHLAGER | 66734-066 | RACHEL SIDERS | 68023-097 |
| JAMES SCHNEIDER | 16646-104 | ERIC SIERRA | 59046-066 |
| ANGLE SCHUEG | 72344-067 | TIMOTHY SIMMONS | 15682-002 |
| PHILLIP SCOTT | 31131-001 | EVONNE SIMMS | 58983-177 |
| DARRYL SCOTT | 62361-037 | TEDDY SIMS | 07449-104 |
| RANDALL SCOTT | 57796-019 | GEMAL SINGLETON | 71034-050 |
| ZACHARY SCRUGGS | 16320-028 | CHERYL SINGLETON | 69550-019 |
| TIMOTHY SEABURY | 11910-003 | DUANE SLADE | 36995-280 |
| CLAY SEALS JR | 52544-074 | JERIEL SLAY | 28305-055 |
| JOANNE SEELEY | 42801-177 | ROCKY SLOAN | 17722-029 |
| RONNIE SEGER | 14631-010 | RUDOLPH SMALL | 64572-060 |
| JOSE SEGOVIA | 35342-080 | CORDNEY SMITH | 11899-030 |
| GARY SELLERS | 15994-028 | EUGENE SMITH III | 54978-039 |
| JAYMIE SELLERS | 46028-177 | PATRICK SMITH | 63919-037 |
| CESAR SEQUEN RODRIGUEZ | 67973-018 | DUSTIN SMITH | 35801-001 |
| RALPH SERGO | 15541-104 | KEVIN SMITH | 30323-076 |
| JUAN SERRANO-NIEVES | 50078-069 | CHRISTINA SMITH | 70918-019 |

| Name | Reg. No. | Name | Reg. No. |
|---|---|---|---|
| JOHN SMITH | 08708-028 | PAMELA TABATT | 41795-044 |
| WILLIE SMITH III | 97911-020 | TERRY TAKIMOTO | 55462-048 |
| PATRICIA SMITH SLEDGE | 63764-112 | TERRENCE TALIFERRO | 11362-026 |
| JAMES SNOWDEN III | 24803-171 | SALVADOR TAMAYO JR | 69589-280 |
| BELKIS SOCA-FERNANDEZ | 67590-018 | AYLWIN TAN | 99187-198 |
| ABDEL SOLIMAN | 67808-053 | EVERETT TARR | 11305-028 |
| KENNETH SOLOMAN SR | 61113-018 | STEVEN TAYLOR | 26276-086 |
| CURTIS SOMOZA | 43619-112 | BARRY TAYLOR | 32452-058 |
| EGLAEL SOTO | 27615-078 | QUINCY TAYLOR | 63093-037 |
| SUHEIDY SOTO-CONCEPCION | 72848-067 | OMAR TEAGLE | 60508-066 |
| ADRIANO SOTOMAYOR | 19312-050 | KEELEON TENNARD | 73012-279 |
| MARK SPANGLER | 42280-086 | BRADLEY THAYER | 16800-273 |
| JASMINE SPENCE | 54863-177 | AMBER THIELE | 40256-044 |
| STEVEN SPENCER | 23545-055 | JACKIE THIELEN | 18774-030 |
| KELLY SPINKS | 15730-028 | MICHAEL THOMAS | 17431-027 |
| REBECCA SPINLER | 19680-023 | CRYSTAL THOMAS | 27832-078 |
| COLIN SPOTTED ELK | 10049-273 | LEROY THOMAS | 15993-028 |
| DEON STEAVE | 33806-068 | JAYCIE THOMAS | 20827-043 |
| ERICA STEFFENS | 49497-048 | DAMIEN THOMAS | 58328-037 |
| SHANE STEIGER | 32746-177 | DEBORAH THOMAS | 20033-104 |
| SHAWNELL STENGEL | 29509-031 | TARA THOMASON | 33906-171 |
| EVERT STEPHEN | 03103-104 | DANNY THOMPSON | 25582-076 |
| MATT STEWART | 42018-039 | THERON THOMPSON | 51081-056 |
| JAMES STEWART-CARRASQUILLO | 49767-069 | DONALD THOMPSON | 25611-509 |
| CYNTHIA STIGER | 44137-177 | WILLIAM THOMPSON | 66065-056 |
| DAVID STOCKS | 70935-019 | QUENTIN THOMPSON | 26134-044 |
| CLINTON STOWERS | 70075-019 | GREGORY THOMPSON | 21460-043 |
| SHALIEK STROMAN | 72372-067 | DEVON THOMPSON | 64549-037 |
| KENYA STRONG | 69530-018 | SHAHEED THOMPSON | 83286-004 |
| RODERICK STRONG | 14725-171 | DIANE THOMSEN | 17293-273 |
| MICHAEL SUBLETT | 15853-028 | MURRAY TODD | 66088-056 |
| MARCUS SULLIVAN | 18239-026 | STEVEN TOMERSHEA | 10489-084 |
| DUSTIN SULLIVAN | 17459-030 | DAVID TONEY | 69707-066 |
| CHRISTOPHER SWARTZ | 24404-052 | TONYA TOPEL | 32708-045 |
| | | ROBERT TORRES | 64789-056 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| PATRICIA TORRES | 83827-380 | THOMAS VASCONCELLOS | 09310-122 |
| OLGA TORRES-SOREANO | 60120-180 | JUSTIN VASEY | 18208-030 |
| CARLTON TOWNS | 51382-039 | JESUS VAZQUEZ | 14275-018 |
| ERIC TOWNSEND | 00875-120 | ALFONZ VEI | 16191-049 |
| MILLICENT TRAYLOR | 54745-039 | SANTIAGO VELIZ | 50003-177 |
| RANDALL TREADWELL | 94385-198 | FRANK VENNES JR | 05123-059 |
| RAMIRO TREVIZO-GRANILLO | 42020-051 | DAVID VIGIL | 75930-097 |
| DALTON TRUAX | 15179-010 | FRANK VILLA | 06717-196 |
| JAVIER TRUJILLO | 80563-298 | KEITH VINSON | 27369-058 |
| MICHELLE TRUONG | 69235-097 | JASON VOTROBEK | 62966-019 |
| EMMITT TUCKER | 19752-085 | JOHN WAKEFIELD | 15428-002 |
| ANDREW TUCKER-MORENO | 16605-029 | SALVADOR WALKER | 67515-098 |
| CRYSTAL TUNNING | 96989-004 | TIFFANY WALLACE | 26333-075 |
| ANGELICA TUPPER | 15417-033 | NANCY WARD | 23259-077 |
| JAMES TUREK | 14810-032 | JAMES WARD | 54604-074 |
| TORRENCE TURNER | 26581-009 | LAUREN WARD | 00802-120 |
| JAMES TURNER | 14154-002 | JAZZMAN WARREN | 19736-033 |
| TIMOTHY TYSON JR | 88269-020 | LEE WATKINS | 19768-035 |
| CARRIE TYSON | 12126-056 | CLARENCE WATSON JR | 19125-033 |
| MICHAEL URBAN | 55560-177 | JAY WATSON | 46768-177 |
| BALMORE URBANO | 47582-424 | EDWIN WATSON | 37363-034 |
| KAVEH VAHEDI | 62844-112 | TERESA WATSON | 31981-064 |
| MOSES VALDEZ | 31389-064 | ROBERT WATSON | 72972-279 |
| ERIC VALDEZ | 31390-064 | KURT WAYNE | 39857-177 |
| SIGIFREDO VALDEZ | 31392-064 | GREGORY WEBB | 47129-424 |
| GABRIELLA VALDEZ | 30064-047 | BOBBY WELLS | 49355-048 |
| JOSE VALDEZ | 90547-380 | PERRY WELLS | 86769-054 |
| JESSICA VAN DYKE | 50378-044 | DAVID WELLS | 53664-074 |
| CHARLES VANATTA | 12652-028 | MICHAEL WELLS | 26621-044 |
| WILLIAM VANATTI | 17511-029 | KIM WESLEY | 88707-020 |
| CRYSTAL VARA | 89830-380 | DENNIS WESTBROOK | 21560-045 |
| ALAN VARGAS-GALLEGOS | 75863-408 | JOHNNY WHITE | 45312-177 |
| | | AUNDRAY WHITE | 76026-054 |
| GOODWIN VARGAS-GONZALEZ | 46602-069 | CANDACE WHITE | 91235-083 |
| | | TIMOTHY WHITE | 19254-097 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| DEMOND WHITE | 46461-074 | FREDRICK WILLIAMS | 21106-017 |
| LAWRENCE WHITE II | 33927-057 | SHAWN WILLIAMS | 59172-018 |
| TRAVIS WHITE | 73171-279 | AALIYAH WILLIAMSON | 20561-043 |
| CHARLES WHITE | 40355-424 | KNOGS WILLS | 27741-078 |
| TONY WHITE EVERETTE | 65417-056 | ALDEN WILSON | 16326-046 |
| DARIUS WILLIAM | 27904-078 | JOHN WILSON | 57046-018 |
| REBECCA WILLIAMS | 21580-084 | RICHARD WIMBLEY | 31515-074 |
| DAVID WILLIAMS | 56324-177 | PEDRO WIPP-KELLEY | 44289-069 |
| ROBIN WILLIAMS | 59010-177 | CHRISTOPHER WOOD | 18155-040 |
| TRACY WILLIAMS | 69527-018 | ERIN WOODS | 20701-043 |
| JERMAINE WILLIAMS | 35374-068 | MARSHANE WOODS | 20398-074 |
| DAVID WILLIAMS | 43076-039 | RASHAD WOODSIDE | 01607-104 |
| CIARA WILLIAMS | 27560-078 | AMBER WORRELL | 84297-408 |
| CHRISTOPHER WILLIAMS | 51600-074 | PEGGY WORTHINGTON | 18407-030 |
| LAMONT WILLIAMS | 48343-066 | CHARLES WYATT | 34961-001 |
| LAVELL WILLIAMS | 08665-030 | CHRISTOPHER YEAGLEY | 85126-054 |
| GARY WILLIAMS | 21195-032 | JEFFREY YOHAI | 75866-112 |
| STEVEN WILLIAMS | 91120-054 | SHALEI YOUNG | 19535-023 |
| BETTYE WILLIAMS | 92623-083 | JOSHUA YOUNG | 16029-059 |
| DEREK WILLIAMS | 35289-054 | LISA YRDANOFF | 56282-177 |
| HERMAN WILLIAMS | 09877-021 | JOSE ZAVALA | 07151-017 |
| ANTHONY WILLIAMS | 71167-019 | CALVIN ZEIGLER | 19490-052 |
| OCTAVIUS WILLIAMS | 49841-177 | MIKHAIL ZEMLYANSKY | 66544-054 |
| DION WILLIAMS | 80352-083 | EDWARD ZINNER | 48591-066 |
| JOSEPH WILLIAMS | 01947-017 | PERLA ZUNIGA | 28160-379 |
| AARON WILLIAMS | 40727-424 | ENRIQUE ZUNIGA | 17910-030 |
| DONNA WILLIAMS | 14756-010 | | |
| EARL WILLIAMS JR | 11386-089 | | |
| JDONTA WILLIAMS | 24459-009 | | |

**I HEREBY FURTHER COMMUTE** the total sentence of confinement that each of the following named persons is now serving, to expire on **April 11, 2025**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all of its conditions and all other components of each respective sentence. Nothing in this grant of clemency should be presumed to interfere with, or supersede, the Bureau of Prisons' authority to oversee each person's confinement, pursuant to the terms set forth in this grant of clemency. Each person shall remain subject to all ordinary disciplinary rules. The following persons are recipients of this grant of clemency:

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| JAIME AIRD | 57707-004 | CHARLES GOFF JR | 42572-061 |
| ANA ALVAREZ | 81092-004 | FRANCISCO GONZALES | 47204-177 |
| EDUARDO ALVAREZ-MARQUEZ | 15733-112 | JOSEPHINE GRAY | 37156-037 |
| SUSAN ANDERSON | 09351-021 | ROGELIO GUERRERO | 95371-079 |
| DIMITRY ARONSHTEIN | 64428-054 | TAMRAL GUZMAN | 43512-074 |
| GREGORY BARTKO | 61509-019 | JOSE GUZMAN JR | 09575-032 |
| SHANE BEGLEY | 16165-032 | LAWRENCE HABERMAN | 36897-177 |
| TASHA BLACKBURN | 10417-003 | JUDY HARMON | 17940-042 |
| TIMOTHY BRADLEY | 43080-074 | WENDY HECHTMAN | 30350-047 |
| TRAVIS BROUGHTON | 40626-509 | TAMEE HENEGAR | 42217-074 |
| FRANKLIN BROWN | 40612-424 | CHRISTY HINES | 45933-074 |
| MILTON CARBE | 66325-079 | MARK HUNT | 47879-177 |
| JUAN CARRASCO | 38885-177 | REBECCA JACKSON | 35684-177 |
| TERRENCE CARTER | 40030-424 | BILLY JEFFERSON JR | 83653-083 |
| PAUL CASS | 26342-001 | SHAFT JONES | 04688-027 |
| RUBEN CASTANEDA | 83640-079 | CHRISTOPHER JOSEPH | 33190-034 |
| NICOLE CLARK | 83942-083 | BENNY JUDAH | 38878-177 |
| JUAN CRUZ | 30864-177 | KAREN KALLEN-ZURY | 00857-104 |
| ANTHONY DESALVO | 51480-074 | JAMES KING | 39491-039 |
| MICHAEL DIFALCO | 58132-018 | LONNIE LANDON | 19661-078 |
| JAMES DIMORA | 56275-060 | WON LEE | 73411-004 |
| EDWIN DISLA | 31120-069 | JOSEPH LESE | 50658-018 |
| KRISTINA ERICKSON | 12929-059 | KEITH LEWIS | 22457-055 |
| JEROME FLETCHER | 87729-020 | SAMUEL LLOYD | 62640-019 |
| JUAN FLORES | 20402-052 | ERNEST LOPEZ | 80125-280 |
| RICHARD GALIMBERTI | 68520-054 | ANDREW MACKEY | 72284-053 |
| GERRICK GAMBRELL | 50140-037 | VICTOR MARIN | 28551-034 |

| Name | Reg. No. | Name | Reg. No. |
|------|----------|------|----------|
| HOMERO MARTINEZ | 45120-177 | ERNEST SINGLETON | 16051-032 |
| STEPHANIE MCCLUNG | 15391-088 | RICARDO SMITH | 07005-032 |
| GARY MCDUFF | 59934-079 | WALTER SORRELLS | 25229-045 |
| THOMAS MCGLON | 38887-019 | JO ANN SPECK-EDGMON | 48841-177 |
| RORY MEEKS | 06138-029 | JERMAINE SPEED | 19676-026 |
| VICTOR MENDOZA | 14194-180 | DEMETRIUS SPENCE | 55200-056 |
| FRANCISCO MENDOZA | 48863-180 | JOAQUIN SUAREZ-FLORES | 47620-112 |
| THOMAS MOOTY | 69022-066 | BARRY SULLIVAN | 10418-003 |
| DORA MOREIRA | 03240-104 | JOSEPH SWAFFORD | 41045-074 |
| DAVID MORROW | 21500-076 | LARRY TALLENT | 41538-074 |
| BRYAN NOEL | 23585-058 | FLAVIO TAMEZ | 14812-379 |
| CLIFFORD NOEL | 34605-183 | DUJUAN THOMAS | 82036-083 |
| CASEY PAINTER | 33886-177 | CHADWICK THOMPSON | 07787-078 |
| REBECCA PARRETT | 85489-008 | JOSE TOBIAS | 77041-279 |
| JULIUS PINKSTON | 42008-019 | GUMARO TORRES-LEON | 34322-013 |
| LEITSCHA PONCEDELEON | 27916-055 | RAFAEL UBIETA | 00725-104 |
| MARTIN PUENTES JR | 24131-077 | VIDALE WALKER | 20849-076 |
| SONNY RAMDEO | 80568-053 | RONALD WALSTROM | 01784-029 |
| MICHAEL RIOLO | 73455-004 | DONNELL WALTERS | 16469-078 |
| RALPH ROMERO | 07528-027 | KENNETH WASHINGTON | 09016-035 |
| SPECK ROSS | 19973-077 | DANIEL WATLINGTON | 24928-056 |
| BRIAN ROWE | 63555-054 | STEPHON WILLIAMS | 97072-020 |
| MICHAEL RYERSON | 32587-074 | RONNIE WILSON | 24023-171 |
| JOE SANDOVAL | 49735-177 | | |
| FRANCESK SHKAMBI | 46728-039 | | |

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each person to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.

*Done at the City of Washington this 12th day of December in the year of our Lord Two Thousand and Twenty-Four and of the Independence of the United States the Two Hundred and Forty-Ninth.*

**JOSEPH R. BIDEN JR.**
**President**