| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 0645 4:12CR20101 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Gregory McKnight | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Mark A. Goldsmith | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/20/2024 — TO 12/19/2027 |

**OFFENSE**
Count 1: 18 U.S.C. § 1343 - Wire Fraud

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision).
Transfer of Jurisdiction will provide economic and administrative advantages. It would also aid in protecting public safety by helping ensure violations or non-compliant behaviors are addressed in a timely fashion and with the most efficiency.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___EASTERN___ DISTRICT OF ___MICHIGAN___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Wyoming___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| March 9, 2025 | s/Mark A. Goldsmith |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| April 4, 2025 | [signature] |
|---|---|
| *Effective Date* | *United States District Judge* |