UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

Gregory N. McKnight,

Defendant.

Criminal Case No. 12-cr-20101 01

Hon. Mark A. Goldsmith
United States District Judge

---

UNITED STATES' MOTION AND INCORPORATED BRIEF FOR AN ENLARGEMENT OF TIME TO FILE A RESPONSE

---

Pursuant to Rule 45(b), of the Federal Rules of Criminal Procedure, the United States, by its undersigned attorneys, requests that the Court enlarge the time within which to file a response to the defendant, Gregory N. McKnight's "Motion for Relief from Void Judgment" (ECF No. 66) and supplemental filings.

Rule 45(b) of the Federal Rules of Criminal Procedure provides that "[w]hen an act must or may be done within a specified period, the court on its own may extend the time, or for good cause may do so on a party's motion made before the originally prescribed … time expires." McKnight's Motion was docketed on April 30, 2026, and McKnight has since then supplemented his Motion twice. *See* ECF No. 67 and 68. The government is in the process of attempting to verify the information McKnight has submitted, in addition to reviewing his extensive criminal

and civil matters, which span federal courts in the Eastern District of Michigan, the District of Wyoming, the 6th Circuit Court of Appeals, and the 10th Circuit Court of Appeals, and additional time is necessary to obtain all the necessary information to file a response. In addition, a request for updated financial information is pending with McKnight (McKnight has at least 21 days to provide the requested information) and a garnishment hearing is currently scheduled before this Court on July 15, 2026. *See United States v. McKnight*, 4:26-mc-50538, ECF No. 12.

For the above reasons shown, the United States requests an additional 90 days to file a response, up to and including **October 5, 2026**. The additional time will permit McKnight adequate time to provide responses to the government's outstanding requests, government follow-up on outstanding issues, and notification to the victims.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

By: s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney
TX Bar No. 24090291
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Phone: (313) 226-9643
E-Mail: Jessica.nathan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. I further certify that I forwarded a copy of said document via U.S. First Class mail and electronic mail to:

Gregory N. McKnight
REDACTED
Rawlins, WY 82301

s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney