4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY N. McKNIGHT,

Defendant.

Criminal Case No.
4:12-cr-20101-MAG-MJH

Hon. Mark A. Goldsmith
United States District Judge

Magistrate Judge
Michael J. Hluchaniuk

FILED
OCT 23 2026
CLERK'S OFFICE
DETROIT

---

**DEFENDANT'S NOTICE THAT THE GOVERNMENT HAS NOT RESPONDED TO ECF NOS. 66 AND 68**

Defendant Gregory N. McKnight, pro se, gives notice that the United States has not filed a response to his Motion for Relief from Void Judgment (ECF No. 66, filed April 30, 2026) or to his Supplement (ECF No. 68, filed June 9, 2026).

1. On July 7, 2026, the Government moved under Fed. R. Crim. P. 45(b) for "an additional 90 days to file a response, up to and including October 5, 2026." (ECF No. 70, PageID.663.) Defendant responded to that motion on July 15, 2026 (ECF No. 71).

2. As of October 12, 2026, the docket available to Defendant shows no order on ECF No. 70 and no response by the Government to ECF No. 66 or ECF No. 68. The date the Government itself requested, October 5, 2026, has passed.

3. The response period under E.D. Mich. LR 7.1(e)(1) or (e)(2) (14 or 21 days after service of the motion) had also run before ECF No. 70 was filed. A motion to extend time made after the time expires requires a showing that "the party failed to act because of excusable neglect." Fed. R. Crim. P. 45(b)(1)(B). ECF No. 70 does not assert excusable neglect, and it contains no statement regarding concurrence of the kind E.D. Mich. LR 7.1(a)(2) requires, which applies to criminal motions through LCrR 12.1.

4. Defendant does not contend that the Government's silence entitles him to relief by default. He gives this notice so that the record reflects that ECF Nos. 66 and 68, as corrected by Defendant's Notice of Errata and Partial Withdrawal and Restated Motion for Alternative Relief, mailed for filing on the same date as this Notice, are fully submitted and ready for decision.

Respectfully submitted,

Gregory N. McKnight
Defendant, Pro Se
405 Harshman St.
Rawlins, WY 82301
Phone: 810-252-7451
Email: mcgreg22060@gmail.com
Dated: October 13, 2026

**CERTIFICATE OF SERVICE**

I certify that on October 13, 2026, I served a copy of this Notice on counsel for the United States by first-class United States Mail, postage prepaid, addressed as follows:

Jessica Nathan
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Gregory N. McKnight

Water and Tear Resistant

Gregory N. McKnight
405 Harshman St.
Rawlins, WY 82301

Retail

U.S. POSTAGE PAID
USPS Ground Advtg
RAWLINS, WY 82301
OCT 13, 2026

48226

$12.10

RDC 01 0 Lb 15.80 Oz S2322S502228-10

RECEIVED
OCT 23 2026
CLERK'S OFFICE
DETROIT

Clerk of Court
United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

USPS TRACKING® #

9500 1106 0597 6286 6972 85